# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID TIMBERS | * | |
| Plaintiff, | * | |
| v. | * | Civil No. 8:21-cv-00293-PX |
| TELLIGENT MASONRY, LLC, et al. | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PROPOSED ORDER

**THIS MATTER**, having come before the Count on Defendant Telligent Masonry, LLC's Motion to Dismiss, and the Court having considered any opposition thereto, **IT IS HEREBY**

**ORDERED** that Defendant's Motion to Dismiss is hereby **GRANTED**; and it is further

**ORDERED** that Count I through Count IV of Plaintiff's Complaint are hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.


_____          _____
Date                             PAULA XINIS
                                 United States District Judge