UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**JAMES K. BREDAR**<br>CHIEF JUDGE<br>MDD_JKBChambers@mdd.uscourts.gov | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-0950 OFFICE |

March 23, 2022

TO ALL COUNSEL OF RECORD

      RE:    *David Timbers v. Telligent Masonry, LLC*
              Civil No: JKB-21-0293

Dear Counsel:

      A TELEPHONE CONFERENCE with counsel has been set in for **April 7 2022, at 9:45 a.m.** to discuss and establish the appropriate schedule in this case. Counsel for Plaintiff, **James Martin Ray, II**, is asked to arrange for and distribute by email conference call information to the parties and Judge Bredar's chambers. (Please <u>do not</u> use videoconferencing such as ZOOM or WEBEX.)

      In anticipation of our scheduling conference, enclosed is a draft scheduling order with approximate dates. Please review this draft, consult with one another and be prepared to advise the Court of the following:

(1) whether there is unanimous consent to referral of all proceedings in this case, including trial and final disposition, to a Magistrate Judge.

(2) whether there should be any changes to the dates in the draft scheduling order;

(3) whether discovery of electronically stored information may be necessary;

(4) whether you would like to defer any of the expert discovery until after summary judgment motions are resolved;

(5) the number of deposition hours needed, if any; and

(6) whether it would be appropriate to conduct a settlement conference with a Magistrate Judge either before or after discovery.

/s/

James K. Bredar
Chief Judge