UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| DAVID TIMBERS, | * | |
| Plaintiff(s), | * | |
| v. | * | |
| TELLIGENT MASONRY, LLC, et al., | * | Civil Action No.: 8:21-CV-00293-PX |
| Defendant(s), | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURT:

Please enter the appearance of Alana R. Glover of Goldberg Segalla LLP, 111 S. Calvert Street, Suite 2000, Baltimore, MD 21202, as co-counsel on behalf of Defendant, Tia Taylor. John Archibald and Imoh E. Akpan will remain as counsel for Defendant, Tia Taylor.

Respectfully submitted,

*/s/Alana R. Glover*
Alana R. Glover, #22033
Imoh E. Akpan, #30070
John K. Archibald, #13680
Goldberg Segalla LLP
111 South Calvert Street, Suite 2000
Baltimore, Maryland 21202-6114
Telephone: (443) 615-7521
Facsimile: (443) 615-7599
iakpan@goldbergsegalla.com
aglover@goldbergsegalla.com
jarchibald@goldbergsegalla.com
*Attorneys for Defendant, Tia Taylor*

33269234.v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of May 2022, a copy of the foregoing Entry of Appearance of Counsel, was electronically filed via the courts CM/ECF filing system and served on the following:

James M. Ray, II, Esq.
Ray Legal Group, LLC
8720 Georgia Ave., Suite 803
Silver Spring, MD 20910
Ph:  301-755-5656
Fx:  301-755-5627
jim.ray@raylegalgroup.com
*Counsel for Plaintiff, David Timbers*

Brandon N. Mourges, Esq.
Crepeau Mourges
1344 Ashton Road, Suite 110
Hanover, MD 21076
Ph: 667-900-9912
Fx: 667-999-0202
brandon@usataxlaw.com
*Counsel for Defendant, Telligent Masonry LLC*

                                                     */s/Alana R. Glover*
                                           Alana R. Glover, #22033

33269234.v1