**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND**

| | |
|---|---|
| **DAVID TIMBERS**<br><br>    *Plaintiff*,<br><br>v.<br><br>**TELLIGENT MASONRY, LLC**<br>**d/b/a TELLIGENT MASONRY**<br>**CONSTRUCTION**, *et al*.<br><br>    *Defendants*. | Civil Action No.  JKB-21-0293 |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE OF COURT
TO FILE SECOND AMENDED COMPLAINT AND JURY DEMAND**

Upon consideration of the Plaintiff's Motion for Leave of Court to File Second Amended Complaint and Jury Demand (the "Motion for Leave"), and it appearing that the motion should be granted in the interests of justice, it is this _____ day of _____, 2022, hereby

ORDERED: that the Motion for Leave is GRANTED; and it is further

ORDERED: that the Second Amended Complaint and Jury Demand attached to the Motion for Leave shall be deemed be to have been filed as of the date of this Order.

_____
James K. Bredar
Chief Judge

1