# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID TIMBERS | * | |
|     Plaintiff, | * | |
| v. | * | Civil No. 8:21-cv-00293-JKB |
| TELLIGENT MASONRY, LLC, et al. | * | |
|     Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of Plaintiff David Timbers' Motion for Leave of Court to File Second Amended Complaint and Jury Demand ("the Motion") (ECF No. 41) and Defendant Telligent Masonry, LLC's ("Telligent") Opposition thereto and accompanying Memorandum in support thereof (ECF No. \_\_\_\_), it is this _____ day of _____, 2022, hereby

**ORDERED**, that the Motion is **DENIED**.

_____
The Honorable James K. Bredar
Chief Judge