# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| [X] FEPA [x] EEOC | |

Montgomery County Office of Human Rights — and EEOC

*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. David Timbers | 571-326-9984 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 7003 Jefferson Avenue | Falls Church, Virginia 22042 | 05/05/1955 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Telligent Masonry, LLC | 15+ | 301-926-9600 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 2273 Research Blvd., Suite 550 | Rockville, MD 20850 | Montgomery County |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] AGE
[X] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [X] OTHER *(Specify)*

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA): 07/01/2020    LATEST (ALL): 09/23/2020
[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I. I began my most recent employment with Respondent in March of 2019 as a Brick Mason. During my employment with Respondent I always performed my job duties in a competent manner and met Respondent's reasonable expectations.

II. During my employment, I have been discriminated against due to my race (African American), including being subjected to a hostile work environment ("HWE"), and otherwise been harassed by my three (3) immediate supervisors Jose Valladares, Joseph Williams (Senior Project Manager), and Tranquilino Villegas (General Superintendent) from July 1, 2020 until my termination on September 23, 2020. For example, on or around July 31, 2020, I was denied work opportunities which was tantamount to a de facto demotion and/or suspension without pay. As a result, on or around September 16, 2020, I made an internal complaint with Tranquilino Villegas alleging that I was being discriminated against and/or being subject to a HWE due to my race (African American). During this conversation, I also indicated that I would be filing a charge with the Equal Employment Opportunity Commission ("EEOC"). Shortly thereafter, I was contacted by a representative in Respondent's HR department who, among other things, asked whether I would still be filing a charge with the EEOC. I indicated that I would still be filing the charge.

III. On or around September 23, 2020, I received a termination notice in the mail indicating that I was being terminated for my "conduct over the last several months." I also received an Employee Disciplinary/Termination Form which contained false allegations of poor performance and "making threats toward another employee." Respondent's reasoning for my termination was a pretext for its actual motivation, to discriminate against me due to my race (African American) and/or to retaliate against me for engaging in protected activity. Despite being aware of the constant discrimination, harassment and/or HWE, Respondent failed to take any action to stop the discrimination, harassment and/or HWE.

IV. I have been subjected to a continuous HWE and/or unlawfully discriminated against due to my race (African American) in violation of Title VII of the Civil Rights Act of 1964, as amended.

V. I have been subjected to continuing retaliation since September of 2020 for lodging a complaint of discrimination against my supervisors.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT X |
| *[signature: David G. Timbers]* Date 11/19/20  Charging Party (Signature) X | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |

EEOC FORM 5 (Rev. 12/93)

PLAINTIFF 00002