```
1    A  No, because I was hit by the car on the        14:02:27
2  27th of June.                                       14:02:31
3    Q  Of 2021?                                       14:02:33
4    A  No, I mean -- that was 2021.                   14:02:34
5    Q  Okay.  Listen to my question.                  14:02:37
6    A  No, I was not working for anybody.             14:02:39
7    Q  So you're not working for Fells, you're        14:02:41
8  not working for other shifts during the time        14:02:43
9  period that you're asking Telligent for work?       14:02:44
10   A  I'm not working at all.                        14:02:47
11   Q  You're sure about that?                        14:02:48
12   A  I'm positive.                                  14:02:50
13   Q  Okay.  So you were not working in June or      14:02:50
14 July of 2020; the only place you were employed was  14:02:53
15 at Telligent?                                       14:02:56
16   A  Right.                                         14:02:57
17   Q  Okay.  You mentioned some other jobs when      14:02:58
18 counsel was asking you --                           14:03:02
19   A  Oh, can you go back to that last question.     14:03:03
20   Q  Say what you got to say.                       14:03:06
21   A  I was working for Telligent in July.           14:03:08
22   Q  That's what we're talking about.               14:03:11
```

```
 1       A  I left and went to work for Fells also in       14:03:12
 2   July.                                                  14:03:15
 3       Q  Of 2020?                                        14:03:16
 4       A  Yes.                                            14:03:17
 5       Q  Okay.  So your testimony today, as you sit      14:03:17
 6   here, is that, in July of 2020, you started            14:03:19
 7   working for Fells?                                     14:03:22
 8       A  And I came back to Telligent afterwards.        14:03:24
 9       Q  Okay.  When did you start working for           14:03:27
10   Fells?                                                 14:03:29
11       A  I can't remember.  It was June or July.         14:03:29
12       Q  Okay.  How many days a week were you            14:03:31
13   working?                                               14:03:33
14       A  Sometimes six.                                  14:03:33
15       Q  Okay.  So you were working six days a week      14:03:35
16   at Fells, in July of 2020?                             14:03:38
17       A  Uh-huh.                                         14:03:39
18       Q  Okay.  How much was he paying you?              14:03:41
19       A  $27.                                            14:03:44
20       Q  Okay.  When did you stop working for            14:03:45
21   Fells?                                                 14:03:47
22       A  When the job was finished.                      14:03:47
```