IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| DAVID TIMBERS | * | |
| Plaintiff, | * | |
| v. | * | Civ. Action No.: JKB-21-00293 |
| TELLIGENT MASONRY, LLC, *et al.* | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by their undersigned counsel, pursuant to Federal Rules of Civil Procedure Rule 41 (a) do hereby agree and stipulate that all claims asserted in the above-captioned matter against defendant, Tia Taylor, are dismissed with prejudice.

Respectfully submitted,

/s/
James M. Ray, II (Bar ID#012773)
8720 Georgia Avenue, Suite 803
Silver Spring, Maryland 2091 0
*Attorney for Plaintiff, David Timbers*

/s/
Imoh E. Akpan (Bar ID#30070)
John K. Archibald (Bar ID#13680)
Alana R. Glover (Bar ID#22033)
Goldberg Segalla LLP
111 South Calvert Street, Suite 2000
Baltimore, Maryland 21202
*Attorneys for Defendant, Tia Taylor*

/s/
Brandon N. Mourges (Bar ID #29477)
Thomas J. DeGennaro  (Bar ID#22475)
1344 Ashton Road, Suite 110
Hanover, MD 21076
*Attorneys for Defendant, Telligent Masonry, LLC*