**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DAVID TIMBERS | * | |
| Plaintiff, | * | |
| v. | * | Civil No. 8:21-cv-00293-JKB |
| TELLIGENT MASONRY, LLC, et al. | * | |
| Defendants. | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**TELLIGENT MASONRY, LLC'S MOTION FOR SUMMARY JUDGMENT**

Defendant, Telligent Masonry, LLC, moves this Court to enter summary judgment in its favor and against Plaintiff, David Timbers, pursuant to Federal Rule of Civil Procedure 56.  The bases for this Motion are set forth in the accompanying Memorandum of Law and attached Appendix, which is incorporated herein by reference.

WHEREFORE, Defendant respectfully requests that the Court grant its Motion and enter summary judgment in its favor.


September 6, 2022

/s/ Signed Electronically
Brandon N. Mourges, Bar No. 29477
CREPEAU MOURGES
1344 Ashton Road, Suite 110
Hanover, MD 21076
Phone: (667) 900-9912
Fax: (667) 999-0202
Email: brandon@usataxlaw.com

September 6, 2022

/s/ Signed Electronically
Thomas J. DeGennaro, Bar No. 22475
CREPEAU MOURGES
1344 Ashton Road, Suite 110
Hanover, MD 21076
Phone: (667) 262-9382
Fax: (667) 999-0202
Email: tom@usataxlaw.com

[1]

<u>**CERTIFICATE OF SERVICE**</u>

I, Thomas J. DeGennaro, hereby certify that, on September 6, 2022, a true and correct copy

of Telligent Masonry, LLC's Motion for Summary Judgment, supporting Memorandum of Law,

Appendix of Exhibits (ECF only), and proposed order, was served by priority mail and ECF upon

counsel listed below:

James M. Ray, II  and Andrew J. Toland, III
Ray Legal Group, LLC
8720 Georgia Avenue, Suite 904
Silver Spring, MD 20910
jim.ray@raylegalgroup.com
andy.toland@raylegalgroup.com
*Counsel for Plaintiff*

/s/ Signed Electronically
Thomas J. DeGennaro, Bar No. 22475

[2]