# EXHIBIT 4



# Transcript of Jose Valladares

**Date:** July 20, 2022
**Case:** Timbers -v- Telligent Masonry, LLC, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

---

13

1 think 21st, does that sound about right, 2020?
2  **A Yeah. Something like that.**
3    Q  Okay. And Mr. Timbers worked for that
4 day, correct?
5  **A Yes.**
6    Q  Okay. Mr. Timbers position is that he was
7 not allowed to return to work the following day.
8 I believe which would of been the 24th of August--
9  **A Yes.**
10   Q  Which would of been that following Monday?
11 **A Yes.**
12   Q  Is that true?
13 **A Yes.**
14   Q  Okay. So you asked Mr. Timbers not to
15 come back to work there?
16 **A Yes.**
17   Q  Okay. And what was your reason for asking
18 him not to come back?
19 **A I told him he was not doing quality work**
20 **and everything he build, I got tear down build**
21 **back up and that's the reason I told him to not**
22 **coming back.**

---

14

1    Q  Okay. So Mr. Timbers worked for you that
2 one day in August. So you must be referring to
3 previous experiences you have --
4  **A Yes.**
5    Q  Okay. So lets talk a little about that.
6 At some point you supervised Mr. Timbers, correct?
7  **A Yes.**
8    Q  Do you recall when that was?
9  **A That was Luis Spenado (phonetic).**
10   Q  Okay. And were you ever his direct
11 foreman?
12 **A Yes.**
13   Q  Okay. And when was that?
14 **A That was probably between April to July.**
15   Q  Of 2019?
16 **A Yes.**
17   Q  Okay. And was that at the Prince William
18 location?
19 **A Yes, yes.**
20   Q  What type of work was being performed
21 there at that time?
22 **A That was finish cement.**

---

15

1    Q  Okay. For the foundation?
2  **A No.**
3    Q  No?
4  **A Up.**
5    Q  Up. Okay. So above the ground?
6  **A Yeah.**
7    Q  And he was doing masonry work for you
8 then?
9  **A Yes.**
10   Q  Laying block?
11 **A Laying block.**
12   Q  Okay. And it was during that time that
13 you saw or realized that he had work issues,
14 quality performance --
15 **A Yes.**
16   Q  Okay. Why don't you tell us a little bit
17 about some of things you noticed about Mr. Timbers
18 work quality during that time period?
19 **A He -- he was not do quality work. Every**
20 **time he was do something, he has to redone it,**
21 **because it was not too good.**
22   Q  So can you tell us more specifically what

---

16

1 was being redone, like a section of the --
2  **A Section. Any section he built and I check**
3 **it, it has was out of plum, (indiscernible) was**
4 **too big. We can't tolerate bigger than two inch**
5 **ones and I was telling many, many times please do**
6 **better. I'll give you a chance to work but you**
7 **have to do better. Never changed it. Still the**
8 **same.**
9    Q  Okay.
10 **A And I was tired of it.**
11   Q  And that was all on 2019?
12 **A Um-hum.**
13   Q  Sir, during that time period when you were
14 noticing Mr. Timbers with the work quality issues,
15 did you ever, like, issue him a disciplinary write
16 up or anything like that?
17 **A Really I did not do it. I should but I**
18 **not.**
19   Q  Okay. Did you ever contact, you know,
20 anyone at Telligent, you know, main office or
21 their, you know, HR or superintendant to tell them
22 that, you know, this guy is not doing good work?

**Page 17**

1  A  I did.
2  Q  Okay. Who did you speak with?
3  A  Taylor. Ms. Taylor.
4  Q  You spoke with Ms. Taylor?
5  A  Yes.
6  Q  And when would this have taken place?
7  A  I think it was -- I'm not sure if it was
8  in August when the issue was.
9  Q  Can you tell us the year, sir. Was it
10 2020 or...
11 A  2020.
12 Q  Okay. Did you speak with her before then
13 -- what I'm focusing on now is the 2019 time
14 frame.
15 A  Yes.
16 Q  Okay. Who did you speak with in the 2019
17 time frame when you realized Mr. Timbers was poor
18 quality masonry?
19 A  Well, I talked to my helpers, the foreman
20 on sight. I tell them just to keep your eyes on
21 him and make sure he do right.
22 Q  So the other foreman is what you're

**Page 18**

1  saying?
2  A  Yes.
3  Q  Who was the other foreman?
4  A  Jose Respenado (phonetic).
5  Q  Okay. What about Mr. Villegas,
6  Tranquilino Villegas, did you ever talk to him
7  about Mr. Timbers?
8  A  Yeah, he knows too.
9  Q  Okay. But did you talk to him about 2019?
10 A  2019? I don't remember.
11 Q  Okay. So I haven't seen any disciplinary
12 records in the record regarding poor performance
13 until Mr. Timbers termination and I'll just ask
14 you, is it fair to say you didn't document any of
15 these issues of performance in writing?
16 A  No.
17 Q  Okay. So you just told Mr. Timbers to do
18 better?
19 A  Yes.
20 Q  Okay. Is there the reason why you didn't
21 document any of these in writing?
22 A  I would say it was -- I never ever would

**Page 19**

1  think he would do this, but for now on, on my
2  experience I started doing it, because this
3  happens so give me more experience how I can keep
4  a record. If I do write in and make a note day by
5  day.
6  Q  So is it your testimony that you didn't
7  realize that the lawsuit would come of this and
8  had you known that you would have taken better
9  notes?
10 A  Yes.
11 Q  Okay. Let me ask you a little bit about
12 the personnel on the Prince William High School
13 job. You say Jose -- Luis Spenado was the other
14 foreman?
15 A  Yes.
16 Q  Okay. Does he work below you or was he
17 equal?
18 A  He was below me.
19 Q  Okay. So he was kind of more of a junior
20 foreman?
21 A  Yes.
22 Q  And you are kind of a more senior foreman?

**Page 20**

1  A  Yes.
2  Q  Okay. And how long did he work on that
3  project for?
4  A  He worked probably maybe about 18 months.
5  Q  Okay. Was he there in August of 2020 when
6  Mr. Timbers came on?
7  A  Yeah, he was there.
8  Q  He was there, okay. Sir, can you tell us
9  how many -- I have a list of employees that I'm
10 going to show you in a second but I just want to
11 know if you recall, do recall how many African
12 Americans were working on the Prince William job?
13 A  Probably -- it was not many guys.
14 Probably about maybe five, six.
15 Q  So there were others besides the Timber
16 family members.
17 A  Yeah there were two guys right from
18 Baltimore. It was too far away.
19 Q  Okay.
20 A  They decide now to go back because it was
21 too far.
22 Q  Okay.

21

1  A  So we had more then them.
2  Q  During the August of 2020 time frame, do
3  you recall how many African-American employees
4  were working on the site?
5  A  By that time probably, maybe four or five.
6  Q  So still others besides Mr. Timbers and
7  his family members?
8  A  Yes, yes.
9  Q  Do you remember their names?
10 A  No.
11 Q  Do they still work for the company?
12 A  I don't think so.
13 Q  Okay.  Now, I know, sir you testified that
14 you were managing essentially the Prince William
15 project.  We're you familiar with the type of work
16 that was going on at the Faraday, Reston job
17 location?
18 A  No.
19 Q  Okay.  So you don't know anything about
20 that project?
21 A  No, no.
22 Q  Okay.  And who was the foreman on that

22

1  project?
2  A  I don't know.
3  Q  Was it Wilmer Molina (phonetic), if you
4  know?
5  A  I -- for sure I don't know.
6  Q  Okay.  You only knew about the Prince
7  William job?
8  A  Yes.
9  Q  Okay.  So on August 21st, 2020 when
10 Mr. Timbers and his brother Albert showed up at
11 your work location, you didn't know anything about
12 why they showed up to work?
13 A  I heard there was -- I heard that they got
14 transferred but nothing else because I don't do
15 that kind of questions to the other guys.  I only
16 concern about my job.  Make sure my job doing
17 right.  Nothing else.
18 Q  Okay.  So the documentation that I
19 reviewed indicates there was about close to 10
20 masons that showed up from Faraday on August of
21 2020.  Did you know why all these workers were
22 coming to your location?

23

1  A  I don't know.  What I know is when the job
2  ticket all most finishes, they don't need that
3  many guys.  They transfer to different jobs.
4  Q  Okay.  One of the allegations that
5  Mr. Timbers has made in this lawsuit is that he
6  was originally told he could not work at your work
7  location or the Prince William location on
8  August 21st, 2020 and it wasn't until several
9  Hispanic masons showed up and were allowed to
10 start working that he was eventually allowed to
11 start working; is that true?
12 A  It was a mistake.
13 Q  Okay.  Can explain what that manes?
14 A  It was a mistake because I told Jose
15 Spenado not let me take this work because I knew
16 his quality work and he let him work and
17 everything he build that day, next day we tear
18 down and build back up and I was mad.
19 Q  Okay.  So you did not want him working at
20 all?
21 A  No, no.
22 Q  But Mr. Palmado (phonetic) let him work

24

1  that day?
2  A  Yes.
3  Q  Okay.  And there were other Hispanic
4  masons that worked that day as well?
5  A  Yeah.  They do quality work.
6  Q  Okay.  So I'm just going to give you the
7  first two exhibits now and we will just kind of go
8  through some of them employees here.  So I have
9  copies for counsel.  We will start with this one.
10 Here you go and I'll have this marked as one.
11   Here you go, sir.  Just take a look at that and
12 I'll explain to you what that is in just a second.
13 Here is the second one.  Here you go, Counsel.
14 And just let me know when you're ready, sir, and
15 I'll explain what the documents are.
16     Okay.  Sir, I'm just going to go ahead and
17 explain to you what these documents are.
18 A  Okay.
19 Q  And then I'll let you look at them.
20 A  Okay.
21 Q  So the Exhibit No. 2, this probably will
22 make more sense to you first.  Exhibit No. 2 is a

25

1  listing of the workers that were working the
2  Prince William job location from August 20th, 2020
3  through September 23rd, 2020.  So that's
4  approximately the day before Mr. Timbers was sent
5  to you until his termination date on September 23.
6     There's certain individuals that are
7  highlighted on that document.  You will see them
8  on Exhibit No. 2.
9     A  Yes.
10    Q  I think you're looking at Exhibit No. 1
11 and I'll explain to you what that is in just a
12 second.  Exhibit No. 2 should probably look
13 familiar to you because these are all the names
14 that were apparently working under your
15 supervision.
16    A  Yes.
17    Q  So the individuals that are highlighted
18 are the individuals that came from the Faraday
19 Reston location, okay.  And the Exhibit No. 1, the
20 first document that I gave you, is a listing of
21 the workers that were working at the Faraday
22 location.  So I cross referenced the list to see

26

1  who was there and who was here.
2     A  Okay.
3     Q  Both of these documents were provided by
4  Telligent's counsel.  They came from Telligent,
5  not from me.
6     A  Sure.
7     Q  And I've only focused my attention on
8  bricklayers because that's what Mr. Mason was,
9  that's all that were really talking about.  So I
10 wanted to kind of start with focussing your
11 attention on Exhibit No. 2.  The first names I
12 have highlighted was Carlos Hernandezmen
13 (phonetic).  Do you recall who he was?
14    A  He was a bricklayer.
15    Q  He was a bricklayer?
16    A  Yes.
17    Q  Do you remember that individual or no
18 because he appears his supervisor was Wilmer
19 Molina?
20    A  Yes.
21    Q  But he came to work for you between August
22 20th and August 28th at the Prince William job

27

1  location; is that correct?
2     A  Yes.
3     Q  Okay.  And Mr. Timbers was not allowed to
4  work at that location during that time?
5     A  Yes.
6     Q  And that was your decision and not the --
7     A  Yes.
8     Q  Okay.  And the next name on the list is
9  Carlos Menandez (phonetic)?
10    A  Menandez.
11    Q  Menandez.  Again, you can see on the list
12 there he worked at the Prince William job location
13 site from August 20th, 2020, to August 28th, 2020?
14    A  Yes.
15    Q  Okay.  And you were the supervisor on that
16 jobsite at that time?
17    A  Yes.
18    Q  Okay.  And Mr. Timbers was not allowed to
19 work there during that time period?
20    A  Yes.
21    Q  Okay.  Let's go to next page.  We have a
22 Carlos Molina (phonetic).  So Carlos Molina worked

28

1  at the Prince William job location from the 20th
2  of August to the 27th, you see that there?
3     A  Um-hm.
4     Q  And Mr. Timbers was not allowed to work
5  there during that time, correct?
6     A  Yes.
7     Q  These are quality masons?
8     A  Yes.
9     Q  And you know these individuals?
10    A  Yes.
11    Q  Have you seen their work before?
12    A  Yes.
13    Q  Prior to them coming to work on your site
14 in Prince William, have you seen their work
15 before?
16    A  Yes.
17    Q  In what capacity did you examine their
18 work prior to them being sent over to you on the
19 20th of August, 2020?
20    A  Well, when they come to work on my
21 projects, no matter what they do on other projects
22 but my projects, I supervise.  I check the quality

29

1  work, what they doing and I classify if their
2  mason or they are not mason.
3      Q  So you saw right away just by watching
4  them work --
5      A  Yes, yes.
6      Q  Is what your testimony is?  Okay.  If you
7  go to the next page, sir, Hugo Juarez (phonetic),
8  do you recall Mr. Juarez?  He's at the bottom of
9  page, he should be highlighted.  He came to work
10 same as Mr. Molina the 20th through the 27th and
11 Mr. Timbers was not allowed to work during that
12 time, correct?
13     A  Yes.
14     Q  Do you recall why Faraday sent these
15 workers, do you think they had a delay in their
16 work or why were all these guys coming to you to
17 work?
18     A  It was a huge project.
19     Q  Okay.
20     A  It was one medium _____ one block.
21     Q  In the Faraday project?
22     A  Yes.  So we use a lot of people.  That's

30

1  the reason we put a lot of mans.
2      Q  Okay.  So there was a lot of masons
3  working that day?
4      A  Yes, sir.
5      Q  Okay.  And for some reason some were
6  transferred to you in August?
7      A  Yes.
8      Q  Okay.  Do you know if work continued to
9  progress at Faraday during the August 20th to
10 September 23rd time period, or when I say work I'm
11 talking about masonry work.
12     A  Yes.
13     Q  Were they laying block during that time?
14     A  Yes, yes.
15     Q  They were?
16     A  Yes, yes.
17     Q  So for some reason they just shuffled
18 their people around?
19     A  Um-hm.
20     Q  Okay.  If you go and I apologize for the
21 repetitiousness but I'm building the record so I
22 have to do this.

31

1      Q  Can you go to next page I want to show you
2  theres a Jose Hernandez (phonetic).  It looks like
3  he worked for you for a while.  It looks like he
4  came over on the 21st the same day Mr. Timbers did
5  and then he left on the 11th, is that about right
6  there?
7      A  Yes.
8      Q  Okay.  And Mr. Timbers obviously was not
9  allowed to during that time at your project,
10 correct?
11     A  Yes.
12     Q  Okay.  The last one I think I have here
13 is, I'm sorry, if you skip through to Marlyn Ramos
14 (phonetic) he's on the second to last page.  He
15 should be highlighted there at the top.  Looks
16 like he only came to work for you one day on the
17 20th.  So that was actually before Mr. Mason came
18 over.
19         So did he continue to work for, if you
20 recall, after the 20th of August, 2020?
21     A  He was -- if he was needed, yes.
22     Q  Okay.  So would there be times while

32

1  working on the Prince William project that you
2  would find you that we're short staffed of masons,
3  would that happen at all?
4      A  Can you repeat that?
5      Q  Sure.  Did you ever feel during the time
6  you were, you know, a supervisor for the Prince
7  William project that you ever felt you were short
8  staffed or didn't have enough masons working that
9  day?
10     A  Yes.
11     Q  Okay.  And what would you do when you felt
12 like you needed more individuals to come?
13     A  I talk with my office.
14     Q  Okay.
15     A  And my office talk with the other supers.
16     Q  Gotcha.
17     A  When we have other people available, so
18 they sent them over to that place.
19     Q  That makes sense.
20     A  Yes.
21     Q  Who is kind of the point of contact that
22 you talk to when you need a request with people?

```
                                                    37
1     A  Yes.
2     Q  Okay.  So the entire time that he worked
3  for you in 2019.  I know you said he was a poor
4  mason so he's messing up your block wall, but he's
5  not making threats at you during that time?
6     A  No.
7     Q  Okay.  And even after you told him not to
8  work on the 21st of August and not to come back on
9  the 24th of August of 2020, he didn't make threats
10 to you at that time?
11    A  No, no.
12    Q  It wasn't until after he was terminated
13 that he made threats?
14    A  Yes.
15    Q  And even at that time he didn't make them
16 to you, correct, he made them to Ms. Prater, is
17 that her name, the receptionist?
18    A  Yes.
19    Q  Sir, can you flip to the third page and I
20 know you didn't complete this document.  I believe
21 it was completed by Ms. Taylor.  We will find out
22 later, but your name is in the top of the employee
```

```
                                                    38
1  complaint form.  You see it at the top there?
2     A  Yes.
3     Q  And theres an incident date.  If you look
4  kind of towards the bottom of the page it says
5  September 18th, 2020 and I'll just read what the
6  details says.
7        It says describe the incident in detail.
8  Mr. David Timbers called stating that him and his
9  brother Albert Timbers have been discriminated
10 against by foreman Jose V.  He stated that Jose
11 refuses to work him and his brother because they
12 are African American.  He states that Jose only
13 gives the work to the White and the Hispanic
14 employees.  David stated he would be reporting the
15 company to the labor board.  Do you recall that
16 incident happening?
17    A  No.  No because it's not true what he
18 said.
19    Q  What's not true what he said?
20    A  This -- what he's describing is not the
21 truth because I give work anybody.  I don't care
22 who they are.  As long as they have the quality
```

```
                                                    39
1  and experience to do the work.
2     Q  I understand that testimony.  My questions
3  a little bit different.  I just want to know
4  whether this conversation happened or not.  Not
5  whether it's true, whether it actually happened.
6  Do you recall Mr. Timbers talking to you about
7  those issues contained in there, not whether it's
8  true or not?
9     A  No.
10    Q  No.  This conversation did not happen?
11    A  Yeah -- Mr. David he tell them in person.
12 He tell me in person I discriminate and I not
13 discriminate nobody.
14    Q  I understand that you dispute that.
15    A  Yes.
16    Q  But I just want to know the conversation
17 did take place?
18    A  Yes.
19    Q  Okay.  And it was some time around
20 September 18th, 2020?
21    A  Yes.
22    Q  Okay.  And you disagree with it?
```

```
                                                    40
1     A  Yes.
2     Q  But he said it?
3     A  Yes.
4     Q  Okay.  When he made that reference to you,
5  sir, did you contact anyone in the company at
6  Telligent or anything like that?
7     A  No.  I didn't say anything.
8     Q  Okay.  You didn't call Tranquilino?
9     A  No.
10    Q  Didn't call Michael Pappas?
11    A  No.
12    Q  Is there a reason why you didn't report
13 this incident?
14    A  Well, like I said from the beginning, this
15 is something I think didn't know he was ____ of.
16 If I knew I should of make it.
17    Q  Okay.  And did you recall speaking to
18 Ms. Taylor about this incident that happened.  I
19 believe --
20    A  Yes.
21    Q  So you did speak with her?
22    A  Yes.
```

**Page 41**

1  Q  And was that before or after Mr. Timbers
2  was terminated, if you recall?
3  **A  Can you repeat that?**
4  Q  Sure.  So I'm trying to figure out -- I
5  believe that Ms. Taylor summarized this
6  conservation with you in this form?
7  **A  Yes.**
8  Q  It's dated September 23rd, 2020.  That
9  would be the date Mr. Timbers was terminated.
10  **A  Yes.**
11  Q  I'm trying to figure out if you recall
12  whether you spoke with her on that day or whether
13  you spoke with her before that?
14  **A  I spoke with her that day and the day**
15  **before.**
16  Q  And the day before?
17  **A  Yes.**
18  Q  Okay.  Do you recall what you spoke with
19  her about the day before, so September 22nd.  Do
20  you recall what your conversation was about, what
21  was it about?
22  **A  What I heard her was the kind of person he**

**Page 42**

1  was and the quality he got.
2  Q  Okay.
3  **A  Yes.**
4  Q  Did she call you or did you called her?
5  **A  I call her.**
6  Q  You called her?
7  **A  Yes.**
8  Q  Okay.  And you described the type of
9  performance issues?
10  **A  Yes.**
11  Q  Okay.  Did you speak about his brother
12  Albert at all or were you just talking about --
13  **A  All his whole family.**
14  Q  His whole family?
15  **A  Yes.**
16  Q  Even Antony?
17  **A  Yes.**
18  Q  Bad laborer?
19  **A  He was good but his attitude.**
20  Q  Okay.  So lets because you made a
21  reference to that.  Let me give you another
22  exhibit, sir.  Bear with me, sir I apologize for

**Page 43**

1  the delay.  I told you this was going to happen I
2  apologize.  Let me get this document for you.
3    Why don't we take five minutes here.  I
4  apologize, I can't find the document that I know I
5  have.  Is that alright with every one, we take a
6  quick five?
7    (Whereupon, there was a recess in the
8  proceedings.)
9  Q  Sir, I can't find a document I was hoping
10  to show you but do you recall sending an e-mail
11  around the time that Mr. Timbers was terminated
12  regarding his family being troublemakers?
13  **A  Can you repeat that?**
14  Q  Sure.  I reviewed an e-mail that I don't
15  have today, from you and it was dated September
16  23rd, 2020 and it was in the context of Mr. David
17  Timbers' termination.  It was a group e-mail and I
18  want to know whether you remember sending it.  It
19  said in substance that Mr. Timbers, your opinion
20  was that he and his family were troublemakers and
21  that he has been in jail a lot.  Do you recall
22  sending that e-mail?

**Page 44**

1  **A  I sent an e-mail to Mr. David, yes.**
2  Q  Okay.  Why did you say that, do you have a
3  reason?
4  **A  I say that Mr. David was troublemaker**
5  **because his family was working on my site and**
6  **there was a lot of problems with him.**
7  Q  With his family or him specifically?
8  **A  Altogether because they was talking to**
9  **each other.**
10  Q  Okay.  So I recall there was at least a
11  physical altercation with one of his family
12  members and another mason?
13  **A  Yes.**
14  Q  That was his nephew Jesse?
15  **A  Yes.**
16  Q  Okay.  Do you recall when that took place?
17  **A  I not remember exactly what date was it.**
18  **But I knew that day when he did it.  I told him**
19  **that job was zero tolerance.  If anybody fight or**
20  **argument with somebody it will get terminated.**
21  Q  Sure.  And did he get terminated?
22  **A  Yes.  Right away.**

**45**

1  Q  What about the other mason that he was
2  fighting with, was that individual terminated?
3  A  No, because he did not do anything to him
4  and he continued working like nothing happens.
5  Q  So Mr. Timbers' nephew started the
6  altercation?
7  A  Yes, yes.
8  Q  So he was terminated?
9  A  Yes.
10 Q  Was Mr. Timbers, David Timbers, involved
11 at all in that altercation?
12 A  Yeah, because they was talking together.
13 Q  Okay.
14 A  And he was like this -- this part right
15 there Where I say I discriminate and that where he
16 was talking with him and it create a lot of
17 problem.
18 Q  Okay.  But Mr. David Timbers was not
19 terminated as a result of that altercation?
20 A  No.
21 Q  Neither was Albert Timbers?
22 A  Yes.

**46**

1  Q  Only Jesse?
2  A  Yes.
3  Q  Okay.  What are some of other issues
4  you've had with Albert.  Do you recall any
5  specific performance or disciplinary issues you've
6  had with Albert while he worked for you?
7  A  Yeah.  He didn't have good attitude to
8  work with people around him.  He always feel like
9  he was a the man and doing whatever he want.  So
10 that the reason he got terminated.
11 Q  Really?  Okay.  For just for having a poor
12 attitude?
13 A  Yes.
14 Q  Okay.  What about Anthony?
15 A  Anthony same thing.  He had bad attitude.
16 Always talk with my team.  He was like the man and
17 do whatever he want and that the reason he got
18 terminated.
19 Q  Okay.  And would you say that David
20 Timbers had a bad attitude as well?
21 A  Yeah.
22 Q  Okay.  Just like Albert and Anthony or was

**47**

1  he less problematic or more problematic?
2  A  Less problematic.
3  Q  Okay.  So he was a little bit better
4  tempered than Antony?
5  A  Yes.  That's why I keep him a little
6  longer.
7  Q  That's why he stayed longer.  Okay.  Was
8  he a better mason than the other two?
9  A  No.
10 Q  Who got the who the job at Telligent, was
11 David working there first and he brought the other
12 guys on board?
13 A  No -- yes the other two he brought in but
14 Anthony he was working on other project.
15 Springfield, Virginia.
16 Q  Okay.  And Mr. Valladares, did I say that
17 right?
18 A  Yes.
19 Q  Was Mr. Timbers -- he left and came back
20 to Telligent on several occasions; is that
21 correct?
22 A  Yes.

**48**

1  Q  Over the years.  Do you know why Telligent
2  kept hiring him if he was a poor mason?
3  A  I don't know exactly because every foreman
4  sometime we not send information to check the
5  employee to our office.  We doing it to know who
6  they are, by that time we didn't do that.  That's
7  what happened.
8  Q  Because he was hired back about four
9  times?
10 A  Um-hm.
11 Q  I'm almost done with my questions for you
12 Mr. Valladares, just give my a little few seconds
13 here to see.
14 A  Not a problem.
15 Q  Mr. Valladares, how many times did
16 Mr. Timbers call you in the August to September
17 time frame about getting work?  Do you have any
18 recollection about how many times he called you?
19 A  No, I do not remember how many times.
20 Q  Was it more than once?
21 A  I think so, yeah.
22 Q  Okay.  Do you have any idea why he wasn't

```
                                      49
 1  transferred to another job location after you told
 2  him not to come back?
 3     A  I think he got transferred to maybe can do
 4  different masonry work.  Like foundation or walls
 5  like not get exposed.  Maybe that's the reason but
 6  I do not know exactly that.
 7     Q  Put him on the project where the work can
 8  be ugly and no one will see it?
 9     A  Exactly.  That's the idea.
10     Q  Gotcha.  So if he came back to work for
11  you on the 24th you wouldn't have put him to work
12  right?
13     A  No, no.
14     Q  And he shouldn't have worked on the 21st
15  that was just Jose Palmado (phonetic)?
16     A  Yes.  It was a mistake.  It was a mistake.
17     Q  Okay.  I think, Mr. Valladares that's all
18  the questions I have for you.  Thank you very much
19  today for your time.  I certainly appreciate it.
20     A  Thank you, not a problem.
21
22        EXAMINATION BY COUNSEL FOR THE DEFENDANT
```

```
                                      50
 1  BY MS. GLOVER:
 2     Q  Mr. Valladares, can you pronounce your
 3  last name for me?
 4     A  Valladares.
 5     Q  Valladares.  Was I close?
 6     A  Yeah.
 7     Q  So my name is Alana Glover.  I am counsel
 8  for Tia Taylor in this matter.  I just have a
 9  couple follow up questions for you.
10     A  Sure.
11     Q  So you stated that your position with
12  Telligent is as a foreman?
13     A  Yes.
14     Q  And can you explain to us kind of your
15  duties and responsibilities are as a foreman?
16     A  Yes.  My duty is do the work.  Get masons
17  put in place to do the work.  Labors and make sure
18  they do quality work.  Get this work done
19  correctly and make sure there no problems that my
20  _____.
21     Q  So would you say that you generally
22  supervise at your work site?
```

```
                                      51
 1     A  Yes.
 2     Q  Okay.  And in supervision, do you give
 3  feed back to some of masons of the quality of work
 4  that they do?
 5     A  Yes, I do.
 6     Q  Okay.  And typically is that feed back
 7  verbal or --
 8     A  Yes.
 9     Q  And can you just, for the record, how many
10  times, if you recall, did you verbally state to
11  Mr. Timbers feed back about his work?
12     A  Everyday, a few times a day.
13     Q  Okay.  When he worked on your work site?
14     A  Yes.
15     Q  And you mentioned Tia Taylor.  How many
16  times did you speak with Ms. Tia Taylor before
17  September 22nd, 2020?
18     A  I think only one time and we had meet in
19  the office.
20     Q  Okay.  And when you previously spoke to
21  her before September 22nd, 2020, what did you all
22  speak about?
```

```
                                      52
 1     A  About him.
 2     Q  Okay.  And when you spoke to her, can you
 3  explain that conversation?
 4     A  I told her Mr. David was not doing quality
 5  work and everything he build, we have to tear down
 6  and build back up and that's the point he got
 7  terminated.
 8     Q  Okay.  And what position did Ms. Taylor
 9  serve in at the time?
10     A  She was the main -- report any issues on
11  site.  She was responsible to get all this
12  information through and that's why I called her
13  because she was in charge.
14     Q  Okay.  So would you say she was the human
15  resources person?
16     A  Yes, yes.
17     Q  So based off what you it would be the
18  foreman that would supervise the site and then you
19  all would report issues or different things to Ms.
20  Taylor as the human resource officer?
21     A  Yes.
22     Q  Okay.  So I'm going to point you to
```