# EXHIBIT 6

Response to Second Set of Requests for Production of Documents (7.15.22)

Telligent Masonry, LLC - Name, Race, Title, Pay Rate, Supervisor, and Hours Worked of Employees Who Worked at Faraday Park East from August 20, 2020 Through September 23, 2020

| Cost Code / Position | Job No. | First Name | Last Name | Date | Type | Hours | Hourly | Ethnicity | Supervisor |
|---|---|---|---|---|---|---|---|---|---|
| Brick Layer | 14900014 | Agustin | Santos | 08-20-20 | REG | 8.5 | 27.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Agustin | Santos | 08-31-20 | REG | 8 | 27.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Agustin | Santos | 09-01-20 | REG | 8 | 27.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Agustin | Santos | 09-02-20 | REG | 8 | 27.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Agustin | Santos | 09-11-20 | REG | 8 | 27.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Albert | Timbers | 08-20-20 | REG | 8 | 18 | Black | Wilber Antonio Bonilla |
| Laborers | 14900014 | Alicia | Alvarenga | 08-20-20 | REG | 8.5 | 16.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Alicia | Alvarenga | 08-28-20 | 1.5 OT | 1.5 | 16.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Alicia | Alvarenga | 08-28-20 | REG | 6.5 | 16.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Alicia | Alvarenga | 09-01-20 | REG | 8 | 16.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Alicia | Alvarenga | 09-02-20 | REG | 7.5 | 16.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Alicia | Alvarenga | 09-03-20 | REG | 8 | 16.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Alicia | Alvarenga | 09-04-20 | REG | 8 | 16.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Alicia | Alvarenga | 09-08-20 | REG | 7 | 16.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Alicia | Alvarenga | 09-11-20 | REG | 8 | 16.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Carlos | Hernandez-Men | 08-20-20 | REG | 8 | 23 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Carlos | Hernandez-Men | 08-28-20 | REG | 8 | 23 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Carlos | Hernandez-Men | 08-31-20 | REG | 5.5 | 23 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Carlos | Hernandez-Men | 09-01-20 | REG | 8 | 23 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Carlos | Hernandez-Men | 09-02-20 | REG | 8 | 23 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Carlos | Hernandez-Men | 09-03-20 | REG | 8 | 23 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Carlos | Hernandez-Men | 09-11-20 | REG | 8 | 23 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Carlos | Menendez | 08-20-20 | REG | 8 | 24 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Carlos | Menendez | 08-28-20 | 1.5 OT | 1.5 | 24 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Carlos | Menendez | 08-28-20 | REG | 6.5 | 24 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Carlos | Menendez | 08-31-20 | REG | 8 | 24 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Carlos | Menendez | 09-01-20 | REG | 8 | 24 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Carlos | Menendez | 09-02-20 | REG | 7.5 | 24 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Carlos | Menendez | 09-03-20 | REG | 8 | 24 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Carlos | Menendez | 09-04-20 | REG | 8 | 24 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Carlos | Menendez | 09-08-20 | REG | 8 | 24 | Hispanic | Wilber Antonio Bonilla |

CONFIDENTIAL

| Position | ID | First Name | Last Name | Date | Type | Hours | Age | Ethnicity | Supervisor |
|---|---|---|---|---|---|---|---|---|---|
| Brick Layer | 14900014 | Carlos | Menendez | 09-09-20 | REG | 6.5 | 24 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Carlos | Menendez | 09-11-20 | REG | 8 | 24 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Carlos | Molina | 08-20-20 | REG | 8 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Carlos | Molina | 08-27-20 | REG | 8 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Carlos | Molina | 08-28-20 | 1.5 OT | 1 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Carlos | Molina | 08-28-20 | REG | 7 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Carlos | Molina | 08-31-20 | REG | 6 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Carlos | Molina | 09-01-20 | REG | 8 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Carlos | Molina | 09-02-20 | REG | 8 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Carlos | Molina | 09-03-20 | REG | 8 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Carlos | Molina | 09-04-20 | REG | 8 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Carlos | Molina | 09-08-20 | REG | 8 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Carlos | Molina | 09-09-20 | REG | 8 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Carlos | Molina | 09-11-20 | REG | 6.5 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Cesar Mauricio | Benitez | 08-20-20 | REG | 8.5 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Cesar Mauricio | Benitez | 08-21-20 | REG | 7 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Cesar Mauricio | Benitez | 08-24-20 | REG | 3 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Cesar Mauricio | Benitez | 08-26-20 | REG | 8 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Cesar Mauricio | Benitez | 08-27-20 | REG | 8 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Cesar Mauricio | Benitez | 08-28-20 | REG | 8 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Cesar Mauricio | Benitez | 08-31-20 | REG | 6 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Cesar Mauricio | Benitez | 09-01-20 | REG | 8 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Cesar Mauricio | Benitez | 09-02-20 | REG | 8 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Cesar Mauricio | Benitez | 09-04-20 | REG | 8 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Cesar Mauricio | Benitez | 09-08-20 | REG | 8 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Cesar Mauricio | Benitez | 09-09-20 | REG | 8 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Cesar Mauricio | Benitez | 09-11-20 | REG | 6.5 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | David | Timbers | 08-20-20 | REG | 8 | 26 | Black | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Dimas Humberto | Henriq | 08-21-20 | REG | 8 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Dimas Humberto | Henriq | 08-24-20 | REG | 40 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Dimas Humberto | Henriq | 08-29-20 | REG | | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Dimas Humberto | Henriq | 09-03-20 | REG | 32 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Dimas Humberto | Henriq | 09-04-20 | REG | 8 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Dimas Humberto | Henriq | 09-05-20 | REG | | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Dimas Humberto | Henriq | 09-09-20 | REG | 6.5 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Dimas Humberto | Henriq | 09-10-20 | REG | 4 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Dimas Humberto | Henriq | 09-11-20 | REG | 8 | 27 | Hispanic | Wilber Antonio Bonilla |

CONFIDENTIAL

| Trade | ID | First Name | Last Name | Date | Type | Hours | Rate | Ethnicity | Supervisor |
|---|---|---|---|---|---|---|---|---|---|
| Brick Layer | 14900014 | Dimas Humberto | Henriq | 09-12-20 | REG | | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Dionisio | Sandoval-Trej | 08-20-20 | REG | 8.5 | 26.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Dionisio | Sandoval-Trej | 08-21-20 | REG | 7 | 26.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Dionisio | Sandoval-Trej | 08-24-20 | REG | 3 | 26.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Dionisio | Sandoval-Trej | 08-26-20 | REG | 8 | 26.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Dionisio | Sandoval-Trej | 08-27-20 | REG | 8 | 26.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Dionisio | Sandoval-Trej | 08-28-20 | REG | 8 | 26.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Dionisio | Sandoval-Trej | 08-31-20 | REG | 6 | 26.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Dionisio | Sandoval-Trej | 09-01-20 | REG | 8 | 26.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Dionisio | Sandoval-Trej | 09-02-20 | REG | 8 | 26.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Dionisio | Sandoval-Trej | 09-03-20 | REG | 8 | 26.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Dionisio | Sandoval-Trej | 09-04-20 | REG | 8 | 26.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Dionisio | Sandoval-Trej | 09-08-20 | REG | 8 | 26.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Dionisio | Sandoval-Trej | 09-11-20 | REG | 8 | 26.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Gervin | Leiva-Sanchez | 08-20-20 | REG | 8.5 | 25.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Gervin | Leiva-Sanchez | 08-21-20 | REG | 7 | 25.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Gervin | Leiva-Sanchez | 08-24-20 | REG | 3 | 25.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Gervin | Leiva-Sanchez | 08-26-20 | REG | 8 | 25.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Gervin | Leiva-Sanchez | 08-27-20 | REG | 8 | 25.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Gervin | Leiva-Sanchez | 08-28-20 | REG | 8 | 25.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Gervin | Leiva-Sanchez | 08-31-20 | REG | 5.5 | 25.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Gervin | Leiva-Sanchez | 09-01-20 | REG | 8 | 25.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Gervin | Leiva-Sanchez | 09-02-20 | REG | 8 | 25.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Gervin | Leiva-Sanchez | 09-03-20 | REG | 8 | 25.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Gervin | Leiva-Sanchez | 09-04-20 | REG | 8 | 25.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Gervin | Leiva-Sanchez | 09-08-20 | REG | 8 | 25.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Gervin | Leiva-Sanchez | 09-09-20 | REG | 6.5 | 25.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Gervin | Leiva-Sanchez | 09-11-20 | REG | 8 | 25.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Hector | Diaz-Hernandez | 08-21-20 | 1.5 OT | 1 | 19 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Hector | Diaz-Hernandez | 08-21-20 | REG | 4 | 19 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Hector | Diaz-Hernandez | 09-11-20 | REG | 3.5 | 19 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Henry | Castillo-Hernand | 08-21-20 | 1.5 OT | 1 | 19 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Henry | Castillo-Hernand | 08-21-20 | REG | 4 | 19 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Henry | Castillo-Hernand | 09-11-20 | REG | 3.5 | 19 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Hugo | Juarez | 08-20-20 | REG | 8 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Hugo | Juarez | 08-27-20 | REG | 8 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Hugo | Juarez | 08-28-20 | 1.5 OT | 1 | 27 | Hispanic | Wilber Antonio Bonilla |

CONFIDENTIAL

| Trade | ID | First | Last | Date | Type | Hours | Rate | Ethnicity | Employee |
|---|---|---|---|---|---|---|---|---|---|
| Brick Layer | 14900014 | Hugo | Juarez | 08-28-20 | REG | 7 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Hugo | Juarez | 08-31-20 | REG | 6 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Hugo | Juarez | 09-01-20 | REG | 8 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Hugo | Juarez | 09-02-20 | REG | 8 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Hugo | Juarez | 09-03-20 | REG | 8 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Hugo | Juarez | 09-04-20 | REG | 8 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Hugo | Juarez | 09-08-20 | REG | 8 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Hugo | Juarez | 09-09-20 | REG | 6.5 | 27 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Hugo | Juarez | 09-11-20 | REG | 8 | 27 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Jose | Alfaro-Martinez | 08-20-20 | REG | 8 | 16 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Jose | Alfaro-Martinez | 08-21-20 | REG | 7 | 16 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Jose | Alfaro-Martinez | 08-24-20 | REG | 3 | 16 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Jose | Alfaro-Martinez | 08-26-20 | REG | 8 | 16 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Jose | Alfaro-Martinez | 08-27-20 | REG | 8 | 16 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Jose | Alfaro-Martinez | 08-28-20 | REG | 8 | 16 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Jose | Alfaro-Martinez | 08-31-20 | REG | 6 | 16 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Jose | Alfaro-Martinez | 09-01-20 | REG | 8 | 16 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Jose | Alfaro-Martinez | 09-02-20 | REG | 8 | 16 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Jose | Alfaro-Martinez | 09-03-20 | REG | 8 | 16 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Jose | Alfaro-Martinez | 09-04-20 | REG | 8 | 16 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Jose | Alfaro-Martinez | 09-08-20 | REG | 8 | 16 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Jose | Alfaro-Martinez | 09-09-20 | REG | 6.5 | 16 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Jose | Alfaro-Martinez | 09-10-20 | REG | 4 | 16 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Jose | Alfaro-Martinez | 09-11-20 | REG | 8 | 16 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Jose | Granados-Roldan | 09-09-20 | REG | 6.5 | 17.5 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Jose | Granados-Roldan | 09-11-20 | REG | 8 | 17 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Jose | Hernandez | 08-21-20 | 1.5 OT | 1 | 18 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Jose | Hernandez | 08-21-20 | REG | 4 | 18 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Jose | Hernandez | 09-11-20 | REG | 3.5 | 18 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Josue | Villatoro | 08-20-20 | REG | 8.5 | 17.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Josue | Villatoro | 08-21-20 | 1.5 OT | 0.5 | 17.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Josue | Villatoro | 08-21-20 | REG | 6.5 | 17.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Josue | Villatoro | 08-24-20 | REG | 3 | 17.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Josue | Villatoro | 08-26-20 | REG | 8 | 17.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Josue | Villatoro | 08-27-20 | REG | 9 | 17.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Josue | Villatoro | 08-28-20 | REG | 8.5 | 17.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Josue | Villatoro | 08-31-20 | REG | 8 | 17.0 | Hispanic | Wilber Antonio Bonilla |

CONFIDENTIAL

| Trade | ID | First | Last | Date | Type | Hours | Rate | Ethnicity | Name |
|---|---|---|---|---|---|---|---|---|---|
| Laborers | 14900014 | Josue | Villatoro | 09-01-20 | REG | 8 | 17.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Josue | Villatoro | 09-02-20 | REG | 8 | 17.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Josue | Villatoro | 09-03-20 | REG | 8 | 17.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Josue | Villatoro | 09-04-20 | REG | 8 | 17.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Josue | Villatoro | 09-08-20 | REG | 8 | 17.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Josue | Villatoro | 09-09-20 | REG | 6.5 | 17.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Josue | Villatoro | 09-10-20 | REG | 4 | 17.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Josue | Villatoro | 09-11-20 | REG | 8 | 17.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Juan | Juarez | 08-20-20 | REG | 8 | 17.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Juan | Juarez | 08-27-20 | REG | 8 | 17.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Juan | Juarez | 08-28-20 | 1.5 OT | 1.5 | 17.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Juan | Juarez | 08-28-20 | REG | 6.5 | 17.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Juan | Juarez | 08-31-20 | REG | 5.5 | 17.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Juan | Juarez | 09-01-20 | REG | 8 | 17.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Juan | Juarez | 09-02-20 | REG | 8 | 17.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Juan | Juarez | 09-03-20 | REG | 8 | 17.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Juan | Juarez | 09-04-20 | REG | 8 | 17.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Juan | Juarez | 09-08-20 | REG | 8 | 17.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Juan | Juarez | 09-09-20 | REG | 6.5 | 17.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Juan | Juarez | 09-11-20 | REG | 8 | 17.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Kelwing | Portillo-Amaya | 08-20-20 | REG | 8 | 15 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Kelwing | Portillo-Amaya | 08-21-20 | REG | 8 | 15 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Manuel | Bautista-Lopez | 08-20-20 | REG | 8.5 | 20.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Manuel | Bautista-Lopez | 08-21-20 | REG | 7 | 20.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Manuel | Bautista-Lopez | 08-24-20 | REG | 3 | 20.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Manuel | Bautista-Lopez | 08-26-20 | REG | 8 | 20.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Manuel | Bautista-Lopez | 08-27-20 | REG | 8 | 20.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Manuel | Bautista-Lopez | 08-28-20 | REG | 8 | 20.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Manuel | Bautista-Lopez | 08-31-20 | REG | 6 | 20.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Manuel | Bautista-Lopez | 09-01-20 | REG | 8 | 20.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Manuel | Bautista-Lopez | 09-02-20 | REG | 8 | 20.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Manuel | Bautista-Lopez | 09-03-20 | REG | 8 | 20.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Manuel | Bautista-Lopez | 09-04-20 | REG | 8 | 20.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Manuel | Bautista-Lopez | 09-08-20 | REG | 8 | 20.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Manuel | Bautista-Lopez | 09-09-20 | REG | 6.5 | 20.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Manuel | Bautista-Lopez | 09-10-20 | REG | 0.23 | 20.0 | Hispanic | Wilber Antonio Bonilla |
| Brick Layer | 14900014 | Manuel | Bautista-Lopez | 09-11-20 | REG | 8 | 20.0 | Hispanic | Wilber Antonio Bonilla |

CONFIDENTIAL

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Brick Layer | 14900014 | Marlon | Ramos | 08-20-20 | REG | 8.5 | 27.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Nancy | Murillo-Hernand | 08-26-20 | REG | 8 | 15 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Nancy | Murillo-Hernand | 08-27-20 | REG | 8 | 15 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Nancy | Murillo-Hernand | 08-28-20 | REG | 8 | 15 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Nancy | Murillo-Hernand | 08-31-20 | REG | 8 | 15 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Nancy | Murillo-Hernand | 09-01-20 | REG | 8 | 15 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Nancy | Murillo-Hernand | 09-02-20 | REG | 8 | 15 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Nancy | Murillo-Hernand | 09-03-20 | REG | 8 | 15 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Nancy | Murillo-Hernand | 09-04-20 | REG | 8 | 15 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Nancy | Murillo-Hernand | 09-09-20 | REG | 6.5 | 15 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Nancy | Murillo-Hernand | 09-10-20 | REG | 3.5 | 15 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Nancy | Murillo-Hernand | 09-11-20 | REG | 8 | 15 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Omar | Alvarenga | 09-03-20 | REG | 8 | 27 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Omar | Alvarenga | 09-04-20 | REG | 0.5 | 27 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Omar | Alvarenga | 09-04-20 | 1.5 OT | | 27 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Omar | Alvarenga | 09-08-20 | REG | 7.5 | 27 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Omar | Alvarenga | 09-09-20 | REG | 8 | 27 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Omar | Alvarenga | 09-11-20 | REG | 8 | 27 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Oscar | Lopez-Lopez | 08-20-20 | REG | 8 | 20.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Oscar | Lopez-Lopez | 08-21-20 | REG | 8.5 | 20.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Oscar | Lopez-Lopez | 08-24-20 | REG | 7 | 20.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Oscar | Lopez-Lopez | 08-26-20 | REG | 3 | 20.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Oscar | Lopez-Lopez | 08-27-20 | REG | 9 | 20.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Oscar | Lopez-Lopez | 08-28-20 | REG | 8 | 20.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Oscar | Lopez-Lopez | 08-31-20 | REG | 8 | 20.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Oscar | Lopez-Lopez | 09-01-20 | REG | 8 | 20.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Oscar | Lopez-Lopez | 09-02-20 | REG | 8 | 20.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Oscar | Lopez-Lopez | 09-03-20 | REG | 8 | 20.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Oscar | Lopez-Lopez | 09-04-20 | REG | 8 | 20.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Oscar | Lopez-Lopez | 09-08-20 | REG | 8 | 20.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Oscar | Lopez-Lopez | 09-09-20 | REG | 6.5 | 20.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Oscar | Lopez-Lopez | 09-10-20 | REG | 4 | 20.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Oscar | Lopez-Lopez | 09-11-20 | REG | 8 | 20.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Roberto | Benitez-Cabre | 08-21-20 | REG | 8 | 20.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Roberto | Benitez-Cabre | 08-21-20 | 1.5 OT | 1.5 | 17.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Valentin | Cabrera | 08-21-20 | REG | 3.5 | 17.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Valentin | Cabrera | 08-21-20 | 1.5 OT | 3 | 27 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Valentin | Cabrera | 08-21-20 | REG | 2 | 27 | Hispanic | Wilber Antonio Bonilla |

CONFIDENTIAL

Response to Second Set of Requests for Production of Documents (7.15.22)

| Role | ID | First Name | Last Name | Date | Type | Hours | Col | Ethnicity | Supervisor |
|---|---|---|---|---|---|---|---|---|---|
| Laborers | 14900014 | Valentin | Cabrera | 08-27-20 | REG | 7.5 | 27 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Valentin | Cabrera | 09-11-20 | REG | 3.5 | 27 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Wendy | Lopez-Amaya | 09-02-20 | REG | 8 | 17 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Wendy | Lopez-Amaya | 09-03-20 | REG | 7.5 | 17 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Wendy | Lopez-Amaya | 09-04-20 | REG | 8 | 17 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Wendy | Lopez-Amaya | 09-08-20 | REG | 8 | 17 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Wendy | Lopez-Amaya | 09-09-20 | REG | 6.5 | 17 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | Wendy | Lopez-Amaya | 09-11-20 | REG | 7.5 | 17 | Hispanic | Wilber Antonio Bonilla |
| Foreman | 14900014 | Wilber Antonio | Bonilla | 08-20-20 | REG | 9 | 34 | Hispanic | Wilber Antonio Bonilla |
| Foreman | 14900014 | Wilber Antonio | Bonilla | 08-21-20 | 1.5 OT | 3 | 34 | Hispanic | Wilber Antonio Bonilla |
| Foreman | 14900014 | Wilber Antonio | Bonilla | 08-21-20 | REG | 8 | 34 | Hispanic | Wilber Antonio Bonilla |
| Foreman | 14900014 | Wilber Antonio | Bonilla | 08-22-20 | 1.5 OT | 4.5 | 34 | Hispanic | Wilber Antonio Bonilla |
| Foreman | 14900014 | Wilber Antonio | Bonilla | 08-24-20 | REG | 2 | 34 | Hispanic | Wilber Antonio Bonilla |
| Foreman | 14900014 | Wilber Antonio | Bonilla | 08-26-20 | REG | 8.5 | 34 | Hispanic | Wilber Antonio Bonilla |
| Foreman | 14900014 | Wilber Antonio | Bonilla | 08-27-20 | REG | 9 | 34 | Hispanic | Wilber Antonio Bonilla |
| Foreman | 14900014 | Wilber Antonio | Bonilla | 08-28-20 | REG | 8 | 34 | Hispanic | Wilber Antonio Bonilla |
| Foreman | 14900014 | Wilber Antonio | Bonilla | 08-31-20 | REG | 8.5 | 34 | Hispanic | Wilber Antonio Bonilla |
| Foreman | 14900014 | Wilber Antonio | Bonilla | 09-01-20 | REG | 8.5 | 34 | Hispanic | Wilber Antonio Bonilla |
| Foreman | 14900014 | Wilber Antonio | Bonilla | 09-02-20 | REG | 8 | 34 | Hispanic | Wilber Antonio Bonilla |
| Foreman | 14900014 | Wilber Antonio | Bonilla | 09-03-20 | REG | 8 | 34 | Hispanic | Wilber Antonio Bonilla |
| Foreman | 14900014 | Wilber Antonio | Bonilla | 09-04-20 | 1.5 OT | 1.5 | 34 | Hispanic | Wilber Antonio Bonilla |
| Foreman | 14900014 | Wilber Antonio | Bonilla | 09-04-20 | REG | 7 | 34 | Hispanic | Wilber Antonio Bonilla |
| Foreman | 14900014 | Wilber Antonio | Bonilla | 09-08-20 | REG | 8 | 34 | Hispanic | Wilber Antonio Bonilla |
| Foreman | 14900014 | Wilber Antonio | Bonilla | 09-09-20 | REG | 6.5 | 34 | Hispanic | Wilber Antonio Bonilla |
| Foreman | 14900014 | Wilber Antonio | Bonilla | 09-10-20 | REG | 4 | 34 | Hispanic | Wilber Antonio Bonilla |
| Foreman | 14900014 | Wilber Antonio | Bonilla | 09-11-20 | REG | 8 | 34 | Hispanic | Wilber Antonio Bonilla |
| Foreman | 14900014 | Wilber Antonio | Bonilla | 09-19-20 | REG |  | 34 | Hispanic | Wilber Antonio Bonilla |
| Foreman | 14900014 | William | Palma-Ardon | 09-09-20 | REG | 6.5 | 16.0 | Hispanic | Wilber Antonio Bonilla |
| Laborers | 14900014 | William | Palma-Ardon | 09-11-20 | REG | 8 | 16 | Hispanic | Wilber Antonio Bonilla |
| Foreman | 14900014 | William | Villatoro | 08-27-20 | REG | 8 | 32 | Hispanic | Wilber Antonio Bonilla |
| Foreman | 14900014 | William | Villatoro | 09-05-20 | REG |  | 32 | Hispanic | Wilber Antonio Bonilla |

CONFIDENTIAL