# EXHIBIT 7



# Transcript of Tia Taylor, Designated Representative

**Date:** August 5, 2022
**Case:** Timbers -v- Telligent Masonry, LLC, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

**Page 21**

1  be documented in writing?
2  A  I don't recall.
3  Q  So is it fair to say that you recall that
4  there was policies that spoke to some of these
5  topics that I'm discussing about in the handbook,
6  but you don't recall specifically what they were?
7  A  Well, let's be clear, I referenced the
8  disciplinary form. So they do have that process,
9  so I guess I probably should retract that
10 statement. They do have the disciplinary forms,
11 and typically it should be used.
12 Q  Okay. What is the disciplinary form?
13 A  Again, it's the form that has the top half
14 is a warning. It depends on what's going on. You
15 can utilize that form for any disciplinary
16 performance issues.
17 Q  Is it like a check box issue you can write
18 in what the issue is?
19 A  It's not an entire check box, no.
20 Q  Is this what was used on Mr. Timbers for
21 his employment situation?
22 A  Not that I know of.

**Page 22**

1  Q  So there's a disciplinary form that is
2  used for disciplinary matters?
3  A  That's correct.
4  Q  Okay. So is it your understanding when
5  there was a disciplinary matter with an employee,
6  this form was supposed to be used?
7     MS. GLOVER: Objection to form.
8     You can answer.
9  A  I don't recall.
10 Q  Do you recall what the purpose of the
11 disciplinary form was?
12 A  I mean, I've kind of stated it.
13 Performance. Any disciplinary actions. Of course
14 terminations, and things of that nature.
15 Q  Are supposed to be written on this form?
16 A  Yes.
17 Q  Okay. Ms. Taylor, do you have any
18 recollection of whether prior to Mr. Timbers'
19 termination from Telligent on
20 September 23rd, 2020, whether there was any
21 existing disciplinary forms contained in
22 Telligent's file of him?

**Page 23**

1  A  I don't recall.
2  Q  Okay. All right. Let's talk a little
3  bit, Ms. Taylor, about your conversation with
4  Mr. Timbers that I believe occurred during the
5  morning of September 23, 2020.
6  A  Uh-huh.
7  Q  Do you recall that conversation?
8  A  Yes.
9  Q  Okay. Do you recall what time of day it
10 took place?
11 A  It was probably around 7:00 a.m.
12 Q  So it was early?
13 A  Yes.
14 Q  What time did you usually report to work?
15 A  I would come in early. It varied.
16 Q  But it wouldn't be unusual for you to be
17 at work at 7:00 a.m.?
18 A  No.
19 Q  What time does the Telligent office open?
20 A  Pretty much when someone gets there.
21 Q  Okay. So whoever the first one in?
22 A  Everyone has the key card.

**Page 24**

1  Q  Who worked in that office with you?
2  A  It was probably like 25 individuals. I
3  don't even remember everybody's name.
4  Q  Okay. Focusing on back on this telephone
5  conversation, you said it took place early in
6  morning, you believe it was sometime around
7  7:00 a.m.?
8  A  Uh-huh.
9  Q  Did you call Mr. Timbers or did he call
10 you?
11 A  He called me.
12 Q  He called you?
13 A  Sure did. The moment I came in.
14 Q  And did you know it was him calling when
15 you answered?
16 A  I don't recall.
17 Q  Okay. You answered the phone, it was
18 Mr. Timbers, do you remember what he said?
19 A  Not verbatim. I can tell you some key
20 points. He basically called and said Jose was
21 refusing to work him. And then he alluded to the
22 fact that he believes that he's only working the

**25**

1 white and Hispanic employees, and he wants to get
2 back to work. And if not, he's going to report it
3 to the labor board.
4     Q  Okay. He did reference that he believed
5 it was a race issue?
6     A  That's correct.
7     Q  Okay. Did Mr. Timbers make any threats to
8 you during that conversation?
9     A  Not to me.
10    Q  There was some testimony in prior
11 depositions that there were some alleged threats
12 Mr. Timbers made to Ms. Brionna -- Prater is her
13 last name?
14    A  That's correct.
15    Q  Okay. Let's talk about that conversation.
16    A  Okay.
17    Q  Did you speak with Brionna on the 22nd
18 after she spoke with Mr. Timbers?
19    A  Yes.
20    Q  Okay. And what did she tell you?
21    A  She came up to me immediately in distress.
22 She said, he called here, he's looking to speak to

**26**

1 HR. He said he was going to, quote, beat Jose's
2 ass if he doesn't get him back working.
3     Q  And she was upset?
4     A  Well, she appeared to be a little frantic
5 behind that.
6     Q  Sure. So she obviously brought that
7 information to you because you're HR?
8     A  That's correct.
9     Q  What did you do after learning about that
10 information?
11    A  Well, I don't recall. I don't know if she
12 told me before or after the call. I don't recall.
13    Q  So you don't recall whether you knew about
14 Brionna's instance with Mr. Timbers before you
15 spoke with him or not?
16    A  I don't recall.
17    Q  So it's possible that you learned that he
18 made threats to Brionna about Mr. Valladares after
19 you already spoke with him on the 23rd?
20    A  I don't recall.
21    Q  You don't recall. And did you speak with
22 Ms. Petra after learning of this information?

**27**

1     A  Yes. Well, no, I think I talked to
2 Michael.
3     Q  You talked to Michael?
4     A  Yes.
5     Q  Was he in the office that day?
6     A  Yes.
7     Q  And what did you talk to Michael about?
8     A  I basically -- I think I came to Michael
9 after the investigation.
10    Q  After you spoke with Mr. Timbers?
11    A  After the full investigation.
12    Q  Okay. So I'm still on the 22nd. So we're
13 going to get to your investigation.
14    A  Okay.
15    Q  So you don't remember if you spoke with
16 Brionna on the day, the 22nd?
17    A  I wasn't even there.
18    Q  You weren't there the 22nd?
19    A  Yeah.
20    Q  Okay. So it's fair to say that you talked
21 to her after you spoke with Mr. Timbers then?
22    A  Again, I don't recall.

**28**

1     Q  But you just know you were not at the
2 office on the 22nd?
3     A  That's correct.
4     Q  So the 23rd happens, Mr. Timbers calls,
5 you've already gone over what he told you during
6 that phone call, what do you do next?
7     A  I immediately call Jose to address the
8 discrimination and the lack of work.
9     Q  Okay. And what did he say during that
10 call?
11    A  He immediately, again, frantic, says that
12 this guy has been calling me. He's saying that
13 he's been calling him, he's called him three
14 times, threatening him. He says that he has not
15 discriminated against Mr. Timbers. He said
16 Mr. Timbers is a horrible worker. And that was
17 maybe not verbatim, but the gist of the
18 conversation.
19    Q  Understood. Did he admit to not working
20 him?
21    A  Yes.
22    Q  Okay. And was Mr. Timbers, his brother,

Page 29

1  Albert Timbers, discussed at all during this
2  conversation?
3     A  With David.
4     Q  When David called?
5     A  Yes.
6     Q  But when you talked to Mr. Valladares you
7  were speaking just about David Timbers?
8     A  I don't recall if other people became --
9  he spoke about other people, I can't recall.  I
10 know he pointed at me in the direction of Nieshia
11 and David, I know that much.
12    Q  Did he say whether Mr. Albert Timbers was
13 a horrible worker?
14    A  He made reference to it, the family.
15    Q  He made reference to the family being
16 horrible workers?
17    A  Right.  That worked for Telligent.
18    Q  Because my next question to you was
19 whether he provided a response to why
20 Mr. Albert Timbers wasn't working, but I think you
21 just answered that question, he said the Timbers
22 family are horrible workers?

Page 30

1     A  Right.
2     Q  And that's why he was not working him;
3  rite?
4     A  Yes.  And the threats.
5     Q  And the threats.  So after you learned
6  that information from Mr. Valladares, what did you
7  do next?
8     A  I continued on the direction that he
9  pointed me in.  He said that other people could
10 attest to what's been going on.  And so when I
11 talked to David, I just asked him, hey what's your
12 experience with David Timbers.  I didn't mention
13 anything that Timbers had told me, of course, and
14 he just unloaded and told me what his issue was.
15 I think he said the cops or something.  I think he
16 was the one who said the cops were looking for
17 him.  And then I contacted Nieshia as well.  She
18 actually said she stopped working him at her
19 plant.  This was January of that year.
20    Q  And I apologize, Ms. Taylor, if I missed
21 this, I got Nieshia, you called Nieshia.  Who was
22 the first person you were referring to?

Page 31

1     A  His name was David.
2     Q  Arnold?
3     A  Yes.
4     Q  Okay.  That's what I thought.
5        So you didn't tell him anything about your
6  conversation or Mr. Valladares, you just asked
7  what his thoughts on Mr. Timbers were and he
8  unloaded on you?
9     A  That's correct.  Pretty much.  I don't
10 think David is an employee of the company.
11    Q  Gotcha.  So you spoke with Mr. Arnold, you
12 spoke with Ms. Williams, she said she stopped
13 working Mr. Timbers?
14    A  That's correct.
15    Q  Did she say why she stopped working him?
16    A  She said that he had a random couple
17 coming to the plant looking for money that he owed
18 them.  And then in addition to his bricklaying
19 skills, which she later sent pictures of.
20    Q  Did she say why the couple coming to the
21 plant bothered her?
22    A  I don't recall.

Page 32

1     Q  But she also did reference poor work
2  performance?
3     A  That's correct.
4     Q  Okay.  So you've talked to Ms. Williams
5  now, you've talked to Mr. Arnold, you've talked to
6  Mr. Valladares, Mr. Timbers, what do you do next?
7        Is this all on the 23rd?
8     A  Yes.
9     Q  So these conversations all happened in
10 close proximity?
11    A  That's correct.
12    Q  What do you do next?
13    A  So at that present time I complete the
14 paperwork that I'm assigned to complete, which is
15 that employee complaint form, there's a section
16 that HR has to fill out.
17    Q  Let's take a look at that.  I think I have
18 it in here somewhere.
19    A  Sure.
20       (TAYLOR Deposition Exhibit 2 marked for
21 identification and attached to the transcript.)
22    Q  Ms. Taylor, take a look at number two, and

61

1  A  Yes.
2  Q  And did you attach documentation to this
3  at all?
4  A  That's correct.  I referenced the
5  documentation that I attached in this position
6  statement.
7  Q  It looks like Section 7-1, expectations,
8  7-3, insubordination, these are from the employee
9  handbook?
10  A  Yes.
11  Q  Okay.  Did you put any other information
12  with this when you sent it?
13  A  Yes.
14  Q  And what information was that?
15  A  I think it was -- the complaint form was
16  one of them.  And I think it was something else,
17  but that's in the email when I sent it to the
18  Pappases, I list what else I attached.  I thought
19  it was in this, but it's not.  No, it does say,
20  please see attached employee complaint
21  investigation.  So that's what was sent.
22  Q  Focusing on the second paragraph here, you

62

1  write, I opened an unbiased internal investigation
2  that day to address his concerns.  I notified
3  Mr. Timbers during our phone call that I would
4  conduct a full investigation on his claims.
5  A  That's correct.
6  Q  Did you feel that you conducted a full
7  investigation?
8  A  As far as I was allowed to go, absolutely.
9  Q  Okay.  So I'm going to obviously ask you
10  some follow-up questions on that.
11  A  Sure.
12  Q  What did you mean by as far as you were
13  allowed to go?
14  A  Well, after I gathered that particular
15  information -- well, let's just say as far as I
16  knew to go.
17  Q  Okay.
18  A  I spoke to everybody involved, and I sent
19  it over to Michael.  So from there I just followed
20  instructions.
21  Q  Okay.  What would you have done if you
22  weren't instructed to terminate Mr. Timbers by

63

1  Mr. Pappas, if anything, at that time?
2  A  Whatever I'm instructed to do.
3  Q  Okay.  As far as the investigation went,
4  did you ever investigate Mr. Timbers's claims of
5  being denied work and Hispanic masons being
6  allowed to work, anything like that?
7  A  Absolutely.
8  Q  What did you do with respect to that.
9  A  That was my point of calling Jose.
10  Q  Okay.
11  A  That was my point of speaking with Nieshia
12  about that as well, because it was important for
13  me to find out if there was an underlying issue.
14  Q  Did Jose indicate whether Hispanic masons
15  were continued to be allowed to work?
16  A  No.  He said it wasn't a race thing.  He
17  said he was terrified of this man.
18  Q  Okay.  So there's a couple of emails that
19  I want to talk to you about now, Ms. Taylor, that
20  took place during the February 2021 time frame.
21  A  Okay.
22  Q  So I'm going to probably show them to you

64

1  all at the same time.
2     (TAYLOR Deposition Exhibits 9 and 10
3  marked for identification and attached to the
4  transcript.)
5  Q  Let's start with this one.  This looks
6  like an email from you to Mr. Arnold and you say,
7  hi, David, so I'm guessing this is David Arnold,
8  does that sound right?
9  A  That's correct.
10  Q  So my question to you, Ms. Taylor, is why
11  are you sending Mr. Arnold an e-mail on
12  February 15th, 2021, involving Mr. Timbers?
13     MR. DeGENNARO:  I'm going to object for
14  the record.  I believe this was after suit was
15  filed, so I don't know if it's relevant.
16     But certainly go ahead and answer.
17  Q  You can answer.
18  A  That meeting came about because the
19  Pappases wanted everybody to meet.
20  Q  Okay.  So you're talking about the
21  substance of the first paragraph where it says,
22  we're going to have a headquarters meeting to