# EXHIBIT 8

# Employee Complaint Form

Your Name: Jose Valladares            Date: 9/23/20

Title: Foreman

Phone Number: 202-359-2018

Status: _X_ Employee ____ Customer ____ Faculty      Other (Specify) _____

Department: Field

Address: PWHS

_____

## Complaint Information

Date of Incident: 9/18/20   Time of Incident: N/A

Location of Incident: PWHS

Please describe the incident in detail:

Mr. David Timbers called stating that him and his brother Albert Timbers have been discriminated against by foreman Jose V. He stated that Jose refuses to work him and his brother because they are African American. He states that Jose only gives the work to the white and Hispanic employees. David stated he would be reporting the company to the labor board.



If there are others who have witnessed the incident, please provide their names and phone numbers below:

Albert Timers
_____

Is this the first time this complaint has been raised?

____ Yes  ✓ No

## Investigation Results:

> I spoke with Jose V. and he stated that he is refusing to work David because he is not a quality mason. He states that everything David builds must be torn back down and rebuilt. He said that David has called him 3 times in the past few weeks threatening to harm him. David also told the reception Brionna that he would pose harm to Jose as well.
>
> I spoke with Mr. David Arnold and he mentioned that David and his brother are constantly causing "fights" in the field. He states that David Timbers was also caught sleeping in his car at one of the job sites. He claimed that the cops were looking for him and he used the job site to hide out.
>
> Foreman Nyesha also had an issue with David Timers back in Jan. 2020. She stated that an older couple showed up at a job site looking for David. She decided not to work him at that site after that incident.

## HR recommendations:

> It is my recommendation that Mr. David Timbers be terminated. Currently the safety of the employees and the quality of work he performs is of major concern.

Signature: _____     Print Name: _____

