# EXHIBIT 9



(301) 926-9600 Office
(301) 466-2300 Cell



ABC National 2018 & 2017 Excellence in Construction Eagle Award
ABC National 2020, 2019 & 2018 Accredited Quality Contractor



*This e-mail message and any files or attachments transmitted with it may contain information that is proprietary, privileged, and/or confidential to Telligent Masonry, LLC, and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient you are hereby notified that any use, dissemination, distribution, duplication, or retention of this message and/or files or attachments is strictly prohibited. Please notify the sender immediately by e-mail or phone if you have received this message by mistake, and delete it from your system. Thank you.*

**From:** Valladares, Jose A. <Jose.Valladares@telligentmasonry.com>
**Sent:** Wednesday, September 23, 2020 9:49 AM
**To:** Taylor, Tia M. <Tia.Taylor@telligentmasonry.com>
**Cc:** Pappas, Michael <Michael.Pappas@telligentmasonry.com>; Villegas, Tranquilino <Tranquilino.Villegas@telligentmasonry.com>; Botha, Petra G. <Petra.Botha@telligentmasonry.com>; Pappas, Chris M. <Chris.Pappas@telligentmasonry.com>
**Subject:** Re: Jose Valladares- Employee Complaint Investigation

10-4. Please send to all the fore man not hire he's family timber because  all them are  troublemaker
Been in jail for a long time That's why they are like that bad Attitude.

Thank you,

Jose A Valladares
Foreman
Telligent Masonry, LLC.
202-359-2018

Sent from my iPhone

> On Sep 23, 2020, at 9:38 AM, Taylor, Tia M. <Tia.Taylor@telligentmasonry.com> wrote:
>
> Yes, that is correct. I am drafting the termination letter right now.