# EXHIBIT 10

Thank you!

Tia Taylor
<image001.png>
  (301) 926-9600 Office

<image002.png>
<image003.jpg>

ABC National 2018 & 2017 Excellence in Construction Eagle Award
ABC National 2018 Accredited Quality Contractor

<image004.png>

*This e-mail message and any files or attachments transmitted with it may contain information that is proprietary, privileged, and/or confidential to Telligent Masonry, LLC, and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient you are hereby notified that any use, dissemination, distribution, duplication, or retention of this message and/or files or attachments is strictly prohibited. Please notify the sender immediately by e-mail or phone if you have received this message by mistake, and delete it from your system. Thank you.*

---

**From:** Pappas, Michael <Michael.Pappas@telligentmasonry.com>
**Sent:** Wednesday, September 23, 2020 9:35 AM
**To:** Taylor, Tia M. <Tia.Taylor@telligentmasonry.com>; Villegas, Tranquilino <Tranquilino.Villegas@telligentmasonry.com>; Valladares, Jose A. <Jose.Valladares@telligentmasonry.com>
**Cc:** Botha, Petra G. <Petra.Botha@telligentmasonry.com>; Pappas, Chris M. <Chris.Pappas@telligentmasonry.com>
**Subject:** RE: Jose Valladares- Employee Complaint Investigation

Thank you Tia this looks good.

Tranquilino please get with Tia and terminate David Timbers. I believe we may need to give him fill out our termination form but Tia would be able to answer that

Thank you,

Michael Pappas
Vice President
<image001.png>
  (301) 926-9600 Office
  (301) 466-2300 Cell

<image002.png>
<image003.jpg>

4