# EXHIBIT 11



For Office Use Only
EE#:_____
TCM: ☐
Fareclock: ☐

## Employee Disciplinary/Termination Form

Employee Name: _DAVID TIMBERS_      Date: _9-23-20_

### Documented Disciplinary Action Prior to Termination

☐  Verbal Warning          ☐  Written Warning

Explanation of Issue (Required): _____

_____

_____

_____

_____

_____

Disciplinary Action Taken: _____

_____

### Reason for Termination

Termination Date: _9-23-20_      Last Day Worked: _9/15/20_

Voluntary:
☐  Resigned With Notice          ☐  No Call, No Show          ☐  Personal Reasons
☐  Resigned Without Notice       ☐  Job Abandonment           ☐  Other (Req.) _____

Involuntary:
☐  Poor Performance              ☐  Laid Off                  ☑  Other (Req.) _____
☐  Violation of Policy

Explanation (Required): _Mr. David Timbers made several verbal threats towards another employee in addition to poor work performance._

My signature indicates that this notice has been discussed with me and that I understand its contents:
(Mi Firma indica que estoy de acuerdo y que entiendo el contenido de esta carta):

Employee Signature: _____

Supervisor Signature: _____