# EXHIBIT 12



Mr. David Timbers
7003 Jefferson Ave
Falls Church, VA 22042

## TERMINATION NOTICE

Dear Mr. David Timbers,

It is with regret that we inform you that your employment with Telligent Masonry Construction has been terminated effective 9/23/20. Please find your final paycheck dated 9/26/20 enclosed.

You are being terminated due to your conduct over the past several months, which most recently includes your constant verbal threats made towards an employee.

We request that you return any of the company's material, documents, or equipment that you obtained during your employment with this company.

Thank you for rendering your services to our company. We wish you much success with your future endeavors.

Best Regards,

*Tia Taylor*
HR Specialist