# EXHIBIT 13

Telligent Masonry, LLC
From JAN-01-2016 to DEC-31-2049

| Cost Code | | Job No. | Site Name | Foreman | Employee | Detail Date | Sub Section | Type | Avail. Hours | Hours Worked | Per Hour | Base | Burden | Actual | Committed | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BRK Brick Layer | | | | | | | | | | | | | | | | |
| BRK | Brick Layer | 27350001 | Cameron Park VA | Ricardo Moscoso | David Timbers | 03-20-19 | present | REG | 8 | 7.5 | 24.00 | 180.00 | 26.87 | 206.87 | | 206.87 |
| BRK | Brick Layer | 27350002 | Cameron Park VA | Ricardo Moscoso | David Timbers | 3/21/2019 | absent | REG | 8 | 0 | | | | | | 0.00 |
| BRK | Brick Layer | 27350002 | Cameron Park VA | Ricardo Moscoso | David Timbers | 3/22/2019 | absent | REG | 8 | 0 | | | | | | 0.00 |
| BRK | Brick Layer | 27350001 | Cameron Park VA | Ricardo Moscoso | David Timbers | 03-23-19 | present | REG | 8 | 6 | 24.00 | 144.00 | 21.50 | 165.50 | | 165.50 |
| BRK | Brick Layer | 27350003 | Cameron Park VA | Ricardo Moscoso | David Timbers | 03-25-19 | present | REG | 8 | 8 | 24.00 | 192.00 | 28.66 | 220.66 | | 220.66 |
| BRK | Brick Layer | 27350004 | Cameron Park VA | Ricardo Moscoso | David Timbers | 3/26/2019 | absent | REG | 8 | 0 | | | | | | 0.00 |
| BRK | Brick Layer | 27350005 | Cameron Park VA | Ricardo Moscoso | David Timbers | 3/27/2019 | absent | REG | 8 | 0 | | | | | | 0.00 |
| BRK | Brick Layer | 27350006 | Cameron Park VA | Ricardo Moscoso | David Timbers | 3/28/2019 | absent | REG | 8 | 0 | | | | | | 0.00 |
| BRK | Brick Layer | 27350007 | Cameron Park VA | Ricardo Moscoso | David Timbers | 3/29/2019 | absent | REG | 8 | 0 | | | | | | 0.00 |
| BRK | Brick Layer | 27350001 | Cameron Park VA | Ricardo Moscoso | David Timbers | 04-01-19 | present | REG | 8 | 8 | 24.00 | 192.00 | 28.66 | 220.66 | | 220.66 |
| BRK | Brick Layer | 27350001 | Cameron Park VA | Ricardo Moscoso | David Timbers | 04-02-19 | present | REG | 8 | 8 | 24.00 | 192.00 | 28.68 | 220.68 | | 220.68 |
| BRK | Brick Layer | 27350002 | Cameron Park VA | Ricardo Moscoso | David Timbers | 4/3/2019 | absent | REG | 8 | 0 | | | | | | 0.00 |
| BRK | Brick Layer | 27350003 | Cameron Park VA | Ricardo Moscoso | David Timbers | 4/4/2019 | absent | REG | 8 | 0 | | | | | | 0.00 |
| BRK | Brick Layer | 27350004 | Cameron Park VA | Ricardo Moscoso | David Timbers | 4/5/2019 | absent | REG | 8 | 0 | | | | | | 0.00 |
| BRK | Brick Layer | 27350004 | Cameron Park VA | Ricardo Moscoso | David Timbers | 4/8/2019 | absent | REG | 8 | 0 | | | | | | 0.00 |
| BRK | Brick Layer | 27350004 | Cameron Park VA | Ricardo Moscoso | David Timbers | 4/9/2019 | absent | REG | 8 | 0 | | | | | | 0.00 |
| BRK | Brick Layer | 27350004 | Cameron Park VA | Ricardo Moscoso | David Timbers | 4/10/2019 | absent | REG | 8 | 0 | | | | | | 0.00 |
| BRK | Brick Layer | 27350004 | Cameron Park VA | Ricardo Moscoso | David Timbers | 4/11/2019 | absent | REG | 8 | 0 | | | | | | 0.00 |
| BRK | Brick Layer | 27350004 | Cameron Park VA | Ricardo Moscoso | David Timbers | 4/12/2019 | absent | REG | 8 | 0 | | | | | | 0.00 |
| BRK | Brick Layer | 27350005 | Cameron Park VA | Ricardo Moscoso | David Timbers | 4/15/2019 | absent | REG | 8 | 0 | | | | | | 0.00 |
| BRK | Brick Layer | 27350001 | Cameron Park VA | Ricardo Moscoso | David Timbers | 04-16-19 | present | REG | 8 | 8 | 24.00 | 192.00 | 28.69 | 220.69 | | 220.69 |
| BRK | Brick Layer | 27350001 | Cameron Park VA | Ricardo Moscoso | David Timbers | 04 17 19 | present | REG | 8 | 8 | 24.00 | 192.00 | 28.66 | 220.66 | | 220.66 |
| BRK | Brick Layer | 27350001 | Cameron Park VA | Ricardo Moscoso | David Timbers | 04-18-19 | present | REG | 8 | 8 | 24.00 | 192.00 | 28.66 | 220.66 | | 220.66 |
| BRK | Brick Layer | 27350001 | Cameron Park VA | Ricardo Moscoso | David Timbers | 04-19-19 | present | REG | 8 | 7.5 | 24.00 | 180.00 | 26.87 | 206.87 | | 206.87 |
| BRK | Brick Layer | 27350001 | Cameron Park VA | Ricardo Moscoso | David Timbers | 04-22-19 | present | REG | 8 | 7.5 | 24.00 | 180.00 | 26.87 | 206.87 | | 206.87 |
| BRK | Brick Layer | 27350005 | Cameron Park VA | Ricardo Moscoso | David Timbers | 4/23/2019 | absent | REG | 8 | 0 | | | | | | 0.00 |
| BRK | Brick Layer | 27350005 | Cameron Park VA | Ricardo Moscoso | David Timbers | 4/24/2019 | absent | REG | 8 | 0 | | | | | | 0.00 |
| BRK | Brick Layer | 27350005 | Cameron Park VA | Ricardo Moscoso | David Timbers | 4/25/2019 | absent | REG | 8 | 0 | | | | | | 0.00 |
| BRK | Brick Layer | 27350001 | Cameron Park VA | Ricardo Moscoso | David Timbers | 04-26-19 | present | REG | 8 | 1.5 | 24.00 | 36.00 | 5.37 | 41.37 | | 41.37 |
| BRK | Brick Layer | 27350005 | Cameron Park VA | Ricardo Moscoso | David Timbers | 4/29/2019 | absent | REG | 8 | 0 | | | | | | 0.00 |
| BRK | Brick Layer | 27350005 | Cameron Park VA | Ricardo Moscoso | David Timbers | 4/30/2019 | absent | REG | 8 | 0 | | | | | | 0.00 |
| BRK | Brick Layer | 27350001 | Cameron Park VA | Ricardo Moscoso | David Timbers | 05-01-19 | present | REG | 8 | 8 | 24.00 | 192.00 | 28.68 | 220.68 | | 220.68 |
| BRK | Brick Layer | 27350001 | Cameron Park VA | Ricardo Moscoso | David Timbers | 05-02-19 | present | REG | 8 | 8 | 24.00 | 192.00 | 28.66 | 220.66 | | 220.66 |
| BRK | Brick Layer | 27350001 | Cameron Park VA | Ricardo Moscoso | David Timbers | 05-03-19 | present | REG | 8 | 7 | 24.00 | 168.00 | 25.07 | 193.07 | | 193.07 |
| BRK | Brick Layer | 27350005 | Cameron Park VA | Ricardo Moscoso | David Timbers | 5/6/2019 | absent | REG | 8 | 0 | | | | | | 0.00 |
| BRK | Brick Layer | 27350005 | Cameron Park VA | Ricardo Moscoso | David Timbers | 5/7/2019 | absent | REG | 8 | 0 | | | | | | 0.00 |
| BRK | Brick Layer | 27350005 | Cameron Park VA | Ricardo Moscoso | David Timbers | 5/8/2019 | absent | REG | 8 | 0 | | | | | | 0.00 |
| BRK | Brick Layer | 27350005 | Cameron Park VA | Ricardo Moscoso | David Timbers | 5/9/2019 | absent | REG | 8 | 0 | | | | | | 0.00 |
| BRK | Brick Layer | 27350005 | Cameron Park VA | Ricardo Moscoso | David Timbers | 5/10/2019 | absent | REG | 8 | 0 | | | | | | 0.00 |
| BRK | Brick Layer | 27350005 | Cameron Park VA | Ricardo Moscoso | David Timbers | 5/13/2019 | absent | REG | 8 | 0 | | | | | | 0.00 |

| Code | Trade | ID | Location | Employee | Supervisor | Date | Status | Type | Hrs | Hrs2 | Rate | Amount | Extra | Total | Total2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BRK | Brick Layer | 27350005 | Cameron Park VA | Ricardo Moscoso | David Timbers | 5/14/2019 | absent | REG | 8 | 0 | | | | | 0.00 |
| BRK | Brick Layer | 27350005 | Cameron Park VA | Ricardo Moscoso | David Timbers | 5/15/2019 | absent | REG | 8 | 0 | | | | | 0.00 |
| BRK | Brick Layer | 27350005 | Cameron Park VA | Ricardo Moscoso | David Timbers | 5/16/2019 | absent | REG | 8 | 0 | | | | | 0.00 |
| BRK | Brick Layer | 27350005 | Cameron Park VA | Ricardo Moscoso | David Timbers | 5/17/2019 | absent | REG | 8 | 0 | | | | | 0.00 |
| BRK | Brick Layer | 27350001 | Cameron Park VA | Ricardo Moscoso | David Timbers | 05-20-19 | present | REG | 8 | 6 | 24.00 | 144.00 | 21.51 | 165.51 | 165.51 |
| BRK | Brick Layer | 27350001 | Cameron Park VA | Ricardo Moscoso | David Timbers | 05-21-19 | present | REG | 8 | 1 | 24.00 | 24.00 | 3.58 | 27.58 | 27.58 |
| BRK | Brick Layer | 27350005 | Cameron Park VA | Ricardo Moscoso | David Timbers | 5/22/2019 | absent | REG | 8 | 0 | | | | | 0.00 |
| BRK | Brick Layer | 27350005 | Cameron Park VA | Ricardo Moscoso | David Timbers | 5/23/2019 | absent | REG | 8 | 0 | | | | | 0.00 |
| BRK | Brick Layer | 27350005 | Cameron Park VA | Ricardo Moscoso | David Timbers | 5/24/2019 | absent | REG | 8 | 0 | | | | | 0.00 |
| BRK | Brick Layer | 27350005 | Cameron Park VA | Ricardo Moscoso | David Timbers | 5/27/2019 | absent | REG | 8 | 0 | | | | | 0.00 |
| BRK | Brick Layer | 27350005 | Cameron Park VA | Ricardo Moscoso | David Timbers | 5/28/2019 | absent | REG | 8 | 0 | | | | | 0.00 |
| BRK | Brick Layer | 27350005 | Cameron Park VA | Ricardo Moscoso | David Timbers | 5/29/2019 | absent | REG | 8 | 0 | | | | | 0.00 |
| BRK | Brick Layer | 27350005 | Cameron Park VA | Ricardo Moscoso | David Timbers | 5/30/2019 | absent | REG | 8 | 0 | | | | | 0.00 |
| BRK | Brick Layer | 27350005 | Cameron Park VA | Ricardo Moscoso | David Timbers | 5/31/2019 | closed early | weather | **6** | 0 | | | | | 0.00 |
| BRK | Brick Layer | 44650004 | Springfield Metro - VA | Niesha Williams | David Timbers | 6/3/2019 | absent | REG | 8 | 0 | | | | | 0.00 |
| BRK | Brick Layer | 44650004 | Springfield Metro - VA | Niesha Williams | David Timbers | 6/4/2019 | absent | REG | 8 | 0 | | | | | 0.00 |
| BRK | Brick Layer | 44650004 | Springfield Metro - VA | Niesha Williams | David Timbers | 06-05-19 | present | REG | 8 | 6.5 | 24.00 | 156.00 | 23.29 | 179.29 | 179.29 |
| BRK | Brick Layer | 44650004 | Springfield Metro - VA | Niesha Williams | David Timbers | 06-06-19 | present | REG | 8 | 7.5 | 24.00 | 180.00 | 26.87 | 206.87 | 206.87 |
| BRK | Brick Layer | 44650004 | Springfield Metro - VA | Niesha Williams | David Timbers | 06-07-19 | present | REG | 4 | 3.5 | 24.00 | 84.00 | 12.54 | 96.54 | 96.54 |
| BRK | Brick Layer | 44650004 | Springfield Metro - VA | Niesha Williams | David Timbers | 6/10/2019 | closed | weather | **0** | 0 | | | | | 0.00 |
| BRK | Brick Layer | 44650004 | Springfield Metro - VA | Niesha Williams | David Timbers | 06-11-19 | present | REG | 8 | 8 | 24.00 | 192.00 | 28.69 | 220.69 | 220.69 |
| BRK | Brick Layer | 44650004 | Springfield Metro - VA | Niesha Williams | David Timbers | 06-12-19 | present | REG | 8 | 3 | 24.00 | 72.00 | 10.74 | 82.74 | 82.74 |
| BRK | Brick Layer | 44650004 | Springfield Metro - VA | Niesha Williams | David Timbers | 6/13/2019 | closed | weather | **0** | 0 | | | | | 0.00 |
| BRK | Brick Layer | 44650004 | Springfield Metro - VA | Niesha Williams | David Timbers | 06-14-19 | present | REG | 8 | 8 | 24.00 | 192.00 | 28.66 | 220.66 | 220.66 |
| BRK | Brick Layer | 44650004 | Springfield Metro - VA | Niesha Williams | David Timbers | 6/15/2019 | absent | REG | 8 | 0 | | | | | 0.00 |
| BRK | Brick Layer | 44650004 | Springfield Metro - VA | Niesha Williams | David Timbers | 6/17/2019 | absent | REG | 8 | 0 | | | | | 0.00 |
| BRK | Brick Layer | 44650004 | Springfield Metro - VA | Niesha Williams | David Timbers | 06-18-19 | present | REG | 8 | 8 | 24.00 | 192.00 | 28.68 | 220.68 | 220.68 |
| BRK | Brick Layer | 44650004 | Springfield Metro - VA | Niesha Williams | David Timbers | 6/19/2019 | absent | REG | 8 | 0 | | | | | 0.00 |
| BRK | Brick Layer | 44650004 | Springfield Metro - VA | Niesha Williams | David Timbers | 6/20/2019 | absent | REG | 8 | 0 | | | | | 0.00 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 06-21-19 | present | REG | 8 | 7.5 | 24.00 | 180.00 | 26.87 | 206.87 | 206.87 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 06-22-19 | present | REG | 8 | 8 | 24.00 | 192.00 | 28.66 | 220.66 | 220.66 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 06-24-19 | present | REG | 8 | 8 | 24.00 | 192.00 | 28.66 | 220.66 | 220.66 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 06-25-19 | present | REG | 8 | 9 | 24.00 | 216.00 | 32.25 | 248.25 | 248.25 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 06-26-19 | present | REG | 8 | 9.5 | 24.00 | 228.00 | 34.05 | 262.05 | 262.05 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 06-27-19 | present | REG | 8 | 8.5 | 24.00 | 204.00 | 30.45 | 234.45 | 234.45 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 06-28-19 | present | REG | 8 | 5 | 24.00 | 120.00 | 17.92 | 137.92 | 137.92 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 07-01-19 | present | REG | 8 | 8.5 | 24.00 | 204.00 | 30.46 | 234.46 | 234.46 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 07-02-19 | present | REG | 8 | 9 | 24.00 | 216.00 | 32.24 | 248.24 | 248.24 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 07-03-19 | present | REG | 8 | 9 | 24.00 | 216.00 | 32.24 | 248.24 | 248.24 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 7/4/2019 | closed | holiday | **0** | 0 | | | | | 0.00 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 07-05-19 | present | REG | 8 | 7 | 24.00 | 168.00 | 25.09 | 193.09 | 193.09 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 07-09-19 | present | REG | 8 | 9 | 24.00 | 216.00 | 32.24 | 248.24 | 248.24 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 07-10-19 | present | REG | 8 | 9.5 | 24.00 | 228.00 | 34.05 | 262.05 | 262.05 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 07-11-19 | present | REG | 8 | 7 | 24.00 | 168.00 | 25.09 | 193.09 | 193.09 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 07-12-19 | present | REG | 8 | 1.5 | 24.00 | 36.00 | 5.37 | 41.37 | 41.37 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 07-15-19 | present | REG | 8 | 9.5 | 24.00 | 228.00 | 34.03 | 262.03 | 262.03 |

Case 8:21-cv-00293-JKB   Document 49-13   Filed 09/20/22   Page 4 of 7

| Code | Trade | ID | Project | Foreman | Super | Date | Status | Type | Hrs | Hrs2 | Rate | Amt1 | Amt2 | Amt3 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 07-16-19 | present | REG | 8 | 7.5 | 24.00 | 180.00 | 26.87 | 206.87 | 206.87 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 07-17-19 | present | REG | 8 | 4.5 | 24.00 | 108.00 | 16.13 | 124.13 | 124.13 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 07-18-19 | present | REG | 8 | 0.5 | 24.00 | 12.00 | 1.78 | 13.78 | 13.78 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 07-19-19 | present | REG | 8 | 1 | 24.00 | 24.00 | 3.58 | 27.58 | 27.58 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 7/22/2019 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 7/23/2019 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 07-24-19 | present | REG | 8 | 8.5 | 24.00 | 204.00 | 29.24 | 233.24 | 233.24 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 07-25-19 | present | REG | 8 | 9 | 24.00 | 216.00 | 30.97 | 246.97 | 246.97 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 7/26/2019 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 7/29/2019 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 7/30/2019 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 7/31/2019 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 8/1/2019 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 8/2/2019 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 8/5/2019 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 8/6/2019 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 08-07-19 | present | REG | 8 | 4 | 24.00 | 96.00 | 13.75 | 109.75 | 109.75 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 8/8/2019 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 8/9/2019 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 8/12/2019 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 8/13/2019 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 08-14-19 | present | REG | 8 | 7.5 | 24.00 | 180.00 | 25.79 | 205.79 | 205.79 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 8/15/2019 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 8/16/2019 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 8/19/2019 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 8/20/2019 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 8/21/2019 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 8/22/2019 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 8/23/2019 | closed early | weather | **5** | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 08-26-19 | present | REG | 8 | 8.5 | 24.00 | 204.00 | 29.23 | 233.23 | 233.23 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 08-27-19 | present | REG | 8 | 7.5 | 24.00 | 180.00 | 25.79 | 205.79 | 205.79 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 08-28-19 | present | REG | 8 | 6.5 | 24.00 | 156.00 | 22.35 | 178.35 | 178.35 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 08-29-19 | present | REG | 8 | 6.5 | 24.00 | 156.00 | 22.35 | 178.35 | 178.35 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 08-30-19 | present | REG | 8 | 7.5 | 24.00 | 180.00 | 25.79 | 205.79 | 205.79 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 9/2/2019 | closed | weather | **0** | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 09-03-19 | present | REG | 8 | 8.5 | 24.00 | 204.00 | 29.21 | 233.21 | 233.21 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 09-04-19 | present | REG | 8 | 8 | 24.00 | 192.00 | 27.53 | 219.53 | 219.53 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 09-05-19 | present | REG | 8 | 8 | 24.00 | 192.00 | 27.53 | 219.53 | 219.53 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 09-06-19 | present | REG | 8 | 7.5 | 24.00 | 180.00 | 25.79 | 205.79 | 205.79 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 9/9/2019 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 9/10/2019 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 9/11/2019 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 9/12/2019 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 9/13/2019 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 09-16-19 | present | REG | 8 | 2 | 24.00 | 48.00 | 6.89 | 54.89 | 54.89 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 09-17-19 | present | REG | 8 | 8.5 | 24.00 | 204.00 | 29.23 | 233.23 | 233.23 |

| Trade | Role | Job# | Project | Foreman | Supervisor | Date | Status | Type | Sched | Hrs | Rate | Amount | OT? | Total | Final |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 09-18-19 | present | REG | 8 | 8 | 24.00 | 192.00 | 27.51 | 219.51 | 219.51 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 09-19-19 | present | REG | 8 | 8 | 24.00 | 192.00 | 27.51 | 219.51 | 219.51 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 09-20-19 | present | REG | 8 | 7 | 24.00 | 168.00 | 24.08 | 192.08 | 192.08 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 09-23-19 | present | REG | 8 | 8 | 24.00 | 192.00 | 27.51 | 219.51 | 219.51 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 9/24/2019 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 9/25/2019 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 9/26/2019 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 09-27-19 | present | REG | | 3.5 | 24.00 | 84.00 | 12.04 | 96.04 | 96.04 |
| | | | | | **Terminated** | **09-27-19** | | | | | | | | | |
| | | | | | **Rehired** | **01-24-20** | | | | | | | | | |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 01-24-20 | present | REG | | 8.5 | 24.00 | 204.00 | 28.87 | 232.87 | 232.87 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 1/27/2020 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 1/28/2020 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 1/29/2020 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 01-30-20 | present | REG | 8 | 9.5 | 24.00 | 228.00 | 32.27 | 260.27 | 260.27 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 01-31-20 | present | REG | 8 | 6.5 | 24.00 | 156.00 | 22.07 | 178.07 | 178.07 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 02-04-20 | present | REG | 8 | 9.5 | 24.00 | 228.00 | 32.27 | 260.27 | 260.27 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 02-05-20 | present | REG | 8 | 9 | 24.00 | 216.00 | 30.56 | 246.56 | 246.56 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 02-06-20 | present | REG | 8 | 7.5 | 24.00 | 180.00 | 25.47 | 205.47 | 205.47 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 2/7/2020 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 02-10-20 | present | REG | 8 | 3 | 24.00 | 72.00 | 10.18 | 82.18 | 82.18 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 2/11/2020 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 02-12-20 | present | REG | 8 | 9.5 | 24.00 | 228.00 | 32.27 | 260.27 | 260.27 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 02-13-20 | present | REG | 8 | 7.5 | 24.00 | 180.00 | 25.47 | 205.47 | 205.47 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 2/14/2020 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 02-17-20 | present | REG | 8 | 7.5 | 26.00 | 195.00 | 27.61 | 222.61 | 222.61 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 02-18-20 | present | REG | 8 | 8.5 | 26.00 | 221.00 | 31.27 | 252.27 | 252.27 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 2/19/2020 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 02-20-20 | present | REG | 8 | 9.5 | 26.00 | 247.00 | 34.95 | 281.95 | 281.95 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 02-21-20 | present | REG | 8 | 7 | 26.00 | 182.00 | 25.75 | 207.75 | 207.75 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 02-24-20 | present | REG | 8 | 7 | 26.00 | 182.00 | 25.76 | 207.76 | 207.76 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 02-25-20 | present | REG | 8 | 8.5 | 26.00 | 221.00 | 31.27 | 252.27 | 252.27 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 2/26/2020 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 2/27/2020 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 2/28/2020 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 3/2/2020 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 03-03-20 | present | REG | 8 | 8.5 | 26.00 | 221.00 | 31.27 | 252.27 | 252.27 |
| | | | **Non Documented Leave of Absence - Not Terminated** | | | **3/4/2020** | | | | | | | | | |
| | | | **Non Documented Return from Leave of Absence** | | | **06-22-20** | | | | | | | | | |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 06-22-20 | present | REG | 8 | 6.5 | 26.00 | 169.00 | 23.90 | 192.90 | 192.90 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 06-23-20 | present | REG | 8 | 7.5 | 26.00 | 195.00 | 27.60 | 222.60 | 222.60 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 06-24-20 | present | REG | 8 | 7.5 | 26.00 | 195.00 | 27.60 | 222.60 | 222.60 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 06-25-20 | present | REG | 8 | 8 | 26.00 | 208.00 | 29.43 | 237.43 | 237.43 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 6/26/2020 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 06-29-20 | present | REG | 8 | 7.5 | 26.00 | 195.00 | 27.59 | 222.59 | 222.59 |
| BRK | Brick Layer | 17450028 | The Jameson - VA | Alejandro Rios | David Timbers | 06-30-20 | present | REG | 8 | 7.5 | 26.00 | 195.00 | 27.60 | 222.60 | 222.60 |

Case 8:21-cv-00293-JKB   Document 49-13   Filed 09/20/22   Page 6 of 7

| Trade | Role | ID | Project | Foreman | Supervisor | Date | Status | Type | Hrs | Worked | Rate | Amount | OT | Total | Total2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BRK | Brick Layer | 39650014 | The Gantry - DC | Marcos Martinez | David Timbers | 07-01-20 | present | REG | 8 | 7.5 | 26.00 | 195.00 | 26.50 | 221.50 | 221.50 |
| BRK | Brick Layer | 16285001 | Braddock Gateway - VA | Jorge Villegas | David Timbers | 07-02-20 | present | REG | 8 | 7.5 | 26.00 | 195.00 | 26.50 | 221.50 | 221.50 |
| BRK | Brick Layer | 16285001 | Braddock Gateway - VA | Jorge Villegas | David Timbers | 7/3/2020 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 16285001 | Braddock Gateway - VA | Jorge Villegas | David Timbers | 07-06-20 | present | REG | 8 | 8 | 26.00 | 208.00 | 28.27 | 236.27 | 236.27 |
| BRK | Brick Layer | 16285001 | Braddock Gateway - VA | Jorge Villegas | David Timbers | 7/7/2020 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 16285001 | Braddock Gateway - VA | Jorge Villegas | David Timbers | 07-08-20 | present | REG | 8 | 5 | 26.00 | 130.00 | 17.66 | 147.66 | 147.66 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 07-09-20 | present | REG | 8 | 7.5 | 26.00 | 195.00 | 27.60 | 222.60 | 222.60 |
| BRK | Brick Layer | 16285001 | Braddock Gateway - VA | Jorge Villegas | David Timbers | 7/10/2020 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 07-13-20 | present | REG | 8 | 8 | 26.00 | 208.00 | 29.44 | 237.44 | 237.44 |
| BRK | Brick Layer | 14900015 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 7/14/2020 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 14900016 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 7/15/2020 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 14900017 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 7/16/2020 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 14900018 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 7/17/2020 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 07-20-20 | present | REG | 8 | 0.5 | 26.00 | 13.00 | 1.84 | 14.84 | 14.84 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 07-21-20 | present | REG | 8 | 7.5 | 26.00 | 195.00 | 27.59 | 222.59 | 222.59 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 07-22-20 | present | REG | 8 | 7.5 | 26.00 | 195.00 | 27.60 | 222.60 | 222.60 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 07-23-20 | present | REG | 8 | 7.5 | 26.00 | 195.00 | 27.60 | 222.60 | 222.60 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 7/24/2020 | absent | weather | **5** | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 07-27-20 | present | REG | 8 | 8 | 26.00 | 208.00 | 29.44 | 237.44 | 237.44 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 07-28-20 | present | REG | 8 | 8 | 26.00 | 208.00 | 29.44 | 237.44 | 237.44 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 07-29-20 | present | REG | 8 | 8 | 26.00 | 208.00 | 29.41 | 237.41 | 237.41 |
| BRK | Brick Layer | 14900018 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 7/30/2020 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 14900018 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 7/31/2020 | closed | weather | **0** | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 14900018 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 8/4/2020 | closed | weather | **0** | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 08-05-20 | present | REG | 8 | 9 | 26.00 | 234.00 | 32.76 | 266.76 | 266.76 |
| BRK | Brick Layer | 14900018 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 8/6/2020 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 08-07-20 | present | REG | 8 | 8 | 26.00 | 208.00 | 29.11 | 237.11 | 237.11 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 08-10-20 | present | REG | 8 | 8 | 26.00 | 208.00 | 28.19 | 236.19 | 236.19 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 08-11-20 | present | REG | 8 | 8 | 26.00 | 208.00 | 28.19 | 236.19 | 236.19 |
| BRK | Brick Layer | 14900018 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 8/12/2020 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 14900018 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 8/13/2020 | closed | weather | **0** | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 08-14-20 | present | REG | 8 | 7 | 26.00 | 182.00 | 24.65 | 206.65 | 206.65 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 08-17-20 | present | REG | 8 | 7.5 | 26.00 | 195.00 | 26.43 | 221.43 | 221.43 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 08-18-20 | present | REG | 8 | 8 | 26.00 | 208.00 | 28.19 | 236.19 | 236.19 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 08-19-20 | present | REG | 8 | 6.5 | 26.00 | 169.00 | 22.90 | 191.90 | 191.90 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 08-20-20 | present | REG | 8 | 8 | 26.00 | 208.00 | 28.19 | 236.19 | 236.19 |
| BRK | Brick Layer | 21860001 | Prince Will. HS - VA | Jose Valladares | David Timbers | 08-21-20 | present | REG | 8 | 8 | 26.00 | 208.00 | 28.17 | 236.17 | 236.17 |
| BRK | Brick Layer | 14900018 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 8/24/2020 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 14900018 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 8/25/2020 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 14900018 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 8/26/2020 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 14900018 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 8/27/2020 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 14900018 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 8/28/2020 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 14900018 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 8/31/2020 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 14900018 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 9/1/2020 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 14900018 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 9/2/2020 | absent | REG | 8 | 0.0 | | | | | 0.00 |
| BRK | Brick Layer | 14900018 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 9/3/2020 | absent | REG | 8 | 0.0 | | | | | 0.00 |

Case 8:21-cv-00293-JKB   Document 49-13   Filed 09/20/22   Page 7 of 7

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BRK | Brick Layer | 14900018 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 9/4/2020 | absent | REG | 8 | 0.0 | | | | 0.00 |
| BRK | Brick Layer | 14900018 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 9/7/2020 | closed | holiday | 0 | 0.0 | | | | 0.00 |
| BRK | Brick Layer | 14900018 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 9/8/2020 | absent | REG | 8 | 0.0 | | | | 0.00 |
| BRK | Brick Layer | 14900018 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 9/9/2020 | absent | REG | 8 | 0.0 | | | | 0.00 |
| BRK | Brick Layer | 14900018 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 9/10/2020 | absent | REG | 8 | 0.0 | | | | 0.00 |
| BRK | Brick Layer | 14900018 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 9/11/2020 | absent | REG | 8 | 0.0 | | | | 0.00 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 09-14-20 | present | REG | 8 | 8 | 26.00 | 208.00 | 28.19 | 236.19 | 236.19 |
| BRK | Brick Layer | 14900014 | Faraday Park East - VA | Wilber Bonilla | David Timbers | 09-15-20 | present | REG | 8 | 5 | 26.00 | 130.00 | 17.61 | 147.61 | 147.61 |