# EXHIBIT 14



# Transcript of Tranquillo Villegas

**Date:** July 28, 2022
**Case:** Timbers -v- Telligent Masonry, LLC, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

33

1  A  Not other than what I read.
2  Q  But you yourself prior to Mr. Timbers
3  being fired were not aware of anything?
4  A  No.
5  Q  Were you aware at all that Mr. Timbers had
6  worked and left and worked and left and worked and
7  left Telligent?  You're not aware of that?
8  A  No.
9  Q  Is that something that happens a lot in
10 your industry?  Masons come, masons go, masons
11 come back, masons go?
12 A  Yes.
13 Q  Is it unusual for a mason to come to
14 Telligent, work some and then maybe go work for
15 another masonry company and then when that job is
16 done come back to Telligent?
17 A  Yes.
18 Q  Happens a lot?
19 A  Yes.
20 Q  Nothing unusual about that?
21 A  No.
22 Q  Mr. Valladares said in one of the e-mails,

34

1  and we'll look at that in a little bit, that the
2  Timbers family were troublemakers.
3     You may have read that but did anyone have
4  any conversation with you about the Timbers family
5  at all?
6  A  No.
7  Q  Other than -- and I'm going to ignore
8  September 23rd when there's a bunch of e-mails
9  about Mr. Timbers.
10    Prior to that did anyone have any
11 conversations with you about Mr. Timbers?
12 A  No.
13 Q  Through the documentation we have and
14 through the evidence that we've seen, it appears
15 that at one point in August, and specifically
16 looking at August 20th, 21st, that work at --
17 masonry work at Faraday stopped we believe because
18 of some window issue perhaps.
19    Are you aware of there being a time where
20 Faraday had to be put on hold for a few days?
21 A  Yes.
22 Q  Do you know why?

35

1  A  Don't remember.
2  Q  And according to the information we have
3  provided, a number of masons at the Faraday site
4  were told to go to the Gainesville Prince William
5  High School site, are you aware of that?
6  A  Yes.
7  Q  Were you aware at the time that was
8  happening?
9  A  No.
10 Q  When did you learn that there had been
11 that reassignment of masons?
12 A  In our weekly meeting.
13 Q  So that would have happened -- could that
14 have happened the following week?
15 A  Correct.
16 Q  When typically are the weekly meetings?
17 A  Tuesdays.
18 Q  In the morning I guess?
19 A  At 1:00.
20 Q  At 1:00?
21 A  (No oral response.)
22 Q  So if that happened Thursday, Friday you

36

1  would have found out about that reallocation at
2  the following Tuesday weekly meeting?
3  A  Yes.
4  Q  Were you involved at all in that decision?
5  A  No.
6  Q  Had you ever had any conversations with
7  Mr. Valladares about Mr. Timbers, David Timbers
8  prior to Mr. Timbers being fired?
9  A  No.
10 Q  Do you recall having any conversations at
11 all with Mr. Valladares again prior to Mr. Timbers
12 being fired about the Timbers family?
13 A  No.
14 Q  Any family members of Timbers'?
15 A  No.
16 Q  Do you know how long work was stopped at
17 Faraday in August of 2020?
18 A  No.
19 Q  We have been provided in discovery your
20 phone records which indicate that on December 16,
21 2020 you received two phone calls from
22 Mr. Timbers.

**Page 41**

1  Q  Is it fair to say that's a very rare
2  occurrence?
3  **A  Yes.**
4  Q  And from your recollection may have
5  happened how many times?
6      Since you've been there how many times has
7  that -- are you aware that a mason has been sent
8  off not to return?
9  **A  Don't remember.**
10 Q  Rare?
11 **A  Yes.**
12 Q  You would say it's rare?
13 **A  Yes.**
14 Q  Unusual?
15 **A  Yes.**
16 Q  Maybe five times, less than?
17 **A  Maybe.**
18 Q  But not more than five?
19 **A  No, we --**
20 Q  Work them?
21 **A  Yes.**
22 Q  You work them.  If a mason is

**Page 42**

1  inconsistent, if he shows up, doesn't show up,
2  shows up you guys still will work him when he
3  shows up, correct?
4  **A  Yes.**
5  Q  And as you indicated, you're not aware of
6  anybody ever being terminated because they got
7  into a fight with another mason?
8  **A  No.**
9  Q  Did Mr. Valladares ever tell you that he
10 did not want Mr. David Timbers working on a site
11 where Valladares was the Foreman?
12 **A  No.**
13 Q  How does Telligent find masons?
14 **A  They call.  They call the office.  They**
15 **call our Foreman.  They call our Superintendent.**
16 **They call me.**
17 Q  So is there anything Telligent does to
18 recruit masons, to find masons, advertise for
19 masons?
20 **A  Yes.**
21 Q  What do they do?
22 **A  It's an app on the web and we --**

**Page 43**

1  Q  Are there any training schools for masons?
2  **A  Yes.**
3  Q  Do you send information to the training
4  schools?
5  **A  No.**
6  Q  Is there some form of apprentice program
7  for masons that you're aware of?
8  **A  We have our own program.**
9  Q  So someone could come in with no
10 experience and you would try to teach them to be a
11 mason?
12 **A  Yes.**
13 Q  Is it usual for -- you have laborers who
14 move brick and do things like that, correct?
15 **A  Yes.**
16 Q  Do those persons ever get trained to
17 become masons?
18 **A  Yes.**
19 Q  Is that a usual thing, unusual thing?
20 **A  Everyday.**
21 Q  Is it usual or unusual for someone to be a
22 laborer and just stay as a laborer during their

**Page 44**

1  time with Telligent?
2  **A  Yes.**
3  Q  So some people are just laborers and some
4  people are masons and some people may be laborers
5  who try to become trained as masons?
6  **A  Yes.**
7  Q  You're aware that on September 23rd -- do
8  you know who Tia Taylor is or was?
9  **A  Yes.**
10 Q  I guess she still is.
11 **A  Yes.**
12 Q  To your understanding who was she?
13 **A  H.R.**
14 Q  Are you aware that she had a conversation
15 with David Timbers on September 23rd?
16 **A  From what I read, yes.**
17 Q  Are you aware that Ms. Tia Taylor
18 undertook an investigation on September 23rd?
19 **A  From what I read, yes.**
20 Q  Did she call you on the 23rd about
21 Mr. Timbers?
22 **A  I don't recall.**

```
                                                    49
1    Q  How do you find out about it?
2    A  From safety or from e-mails.
3    Q  But you don't recall anything specific
4  about a claim of Mr. Timbers being injured on the
5  job site?
6    A  No.
7       MR. TOLAND:  Mark this as Exhibit 2.  This
8  is for those playing along at home Telligent Bates
9  number 89 and 90.  This will be Exhibit 2.
10      (Villegas Deposition Exhibit 2 was marked
11 for identification and attached to the
12 transcript.)
13 BY MR. TOLAND:
14   Q  Let me know when you're done looking it
15 over.
16      (Pause in the proceedings.)
17   A  Okay.
18   Q  Do you recall seeing this form before?
19   A  No.
20   Q  And you don't recall seeing this form as
21 part of an e-mail that was sent to you?
22   A  I don't remember.
```

```
                                                    50
1    Q  Did you ever have any conversations with
2  Jose Valladares about the claim -- about
3  Mr. Timbers' claim that Jose Valladares was
4  refusing Mr. Timbers and his brother's work
5  because they were African-Americans?
6    A  No.
7    Q  Did you ever hear prior to Mr. Timbers
8  being terminated that he was going to report the
9  company to the Labor Board?
10   A  No.
11   Q  Did you ever hear prior to Mr. Timbers
12 being terminated that he was going to make a
13 complaint to the EEOC?
14   A  No.
15   Q  And you don't recall having any
16 conversations about Mr. Timbers with anybody on
17 the 23rd?
18   A  No.
19   Q  You don't even recall seeing the e-mails,
20 do you?
21   A  No.
22   Q  There's a statement in here that
```

```
                                                    51
1  everything that David Timbers builds -- this is on
2  page two if you want to follow along.  It's on
3  Bates number 90.  It states that "everything David
4  builds must be torn back down and rebuilt."
5       Had anybody ever mentioned anything to you
6  that work that David Timbers builds has to be torn
7  back down and rebuilt?
8    A  After all this happened I learned this by
9  Jose but before that --
10   Q  Prior to that no?
11   A  No.
12   Q  Did you ever get a complaint from any
13 Foreman prior to him being terminated that
14 Timbers' work needed to be torn down and rebuilt?
15   A  No.
16   Q  Did you ever get any complaint relayed to
17 you from any of your supervisors that Mr. Timbers'
18 work needed to be torn down and rebuilt?
19   A  No.
20   Q  Never got any complaint about Mr. Timbers
21 at all from anybody prior to him being terminated,
22 correct?
```

```
                                                    52
1    A  Correct.
2    Q  If there was a problem with an employee
3  whose work constantly needed to be torn down and
4  rebuilt, is that something that would have been
5  reported to your Superintendents?
6    A  Yes.
7    Q  Is that something your Superintendents
8  would have reported to you?
9    A  Not necessarily but yes.
10   Q  If a Superintendent found out that
11 someone's work constantly needed to be torn down
12 and rebuilt, what were they supposed to do?
13   A  Try to teach them the right way.
14   Q  But you're not aware of any conversations
15 about the quality of Mr. Timbers' work?
16   A  No.
17   Q  In this there's also a suggestion that
18 Mr. Valladares had been threatened by Mr. Timbers
19 three times in the past few weeks.
20      What is a Foreman supposed to do if
21 somebody threatens him with violence?
22   A  Let his Superintendent know.
```