UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID TIMBERS | * | |
| Plaintiff, | * | |
| v. | * | Civil No. 8:21-cv-00293-JKB |
| TELLIGENT MASONRY, LLC, et al. | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO WITHDRAW APPEARANCE AS COUNSEL

Thomas J. DeGennaro, Counsel for Defendant Telligent Masonry, LLC ("Telligent"), pursuant to Local Rule 101.2.b moves this Court to withdraw his appearance as counsel of record for Telligent. Telligent shall continue to be represented by current counsel of record, Brandon N. Mourges. Wherefore, Thomas J. DeGennaro respectfully requests that this Court pass an order directing the Clerk of the Court to withdraw his appearance as counsel of record for Telligent.

Respectfully submitted,

September 23, 2022

/s/ Signed Electronically
Thomas J. DeGennaro, Bar No. 22475
CREPEAU MOURGES
1344 Ashton Road, Suite 110
Hanover, Maryland 21076
tom@usataxlaw.com
Phone: 667.262.9382
Facsimile: 667.999.0202
*Counsel for Telligent Masonry, LLC*

[1]

## **CERTIFICATE OF SERVICE**

I, Thomas J. DeGennaro, hereby certify that, on September 23, 2022, a true and correct copy of the foregoing motion was served via ECF upon counsel listed below:

James M. Ray, II and Andrew J. Toland, III
Ray Legal Group, LLC
8720 Georgia Avenue, Suite 904
Silver Spring, MD 20910
jim.ray@raylegalgroup.com
andy.toland@raylegalgroup.com
*Counsel for Plaintiff*

/s/ Signed Electronically
Thomas J. DeGennaro, Bar No. 22475